UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00037-2 |
| | ) | JUDGE CAMPBELL |
| BENJAMIN BRADLEY | ) | |

## ORDER

Pending before the Court is Defendant Benjamin Bradley's Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT3, TT7, TT8, TT9. Docket No. 232. The Government has filed a Response In Opposition (Docket No. 256), and Defendant has filed a Reply (Docket No. 267). For the reasons stated in the accompanying Memorandum, Defendant's motion is DENIED.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE