To Judge: Todd Campbell

I am taking this time out right now to write you about somebody that I meet in Grayson County Jail on a violation. The man that I am speaking about is Benjamin Bradley. Through out my whole time in prison I have never met a person so positive. First & foremost he take's full responsability for his action's & he make me do the same. You meet alot of people through out life & Mr Bradley is a person that I could never forget because of the way he carrys hisself. He always tells me to stay focused on the things in life that matters the most like being there for my daughter & working instead of taking the easy way out in life. It kind of make's me just wonder how can a person that come's from where he has came from be so positive because it is hard to be this way when the odds are against you. So I tip my hat to this man & wish the best for him in this situation because at heart this is the most genuine person I have ever met in my life.

Sincerly; Marcellus Hinton

10168-028