

20555 Victor Parkway
Livonia, MI 48152
tel 734-343-1000
trinity-health.org

August 29, 2016

To the Honorable Judge Todd Campbell
United States District Court

Your Honour,

I am writing a character reference for Mr. Benjamin Edward Henry Bradly, who will be standing before you on October 15, 2016.

I met Benjamin when I first started my career in health care at Sinai Grace hospital over ten years ago. It was such a great pleasure to have worked with such a talented and benevolent young man.

Benjamin is a man of integrity and honesty. He is a community-minded individual who selfishly puts the needs of others before his own – best evidenced through his substantial work with youths in the community. Mr. Bradley has been a mentor and father figure to my son after the tragic untimely death of his father. I am forever grateful that he has helped mold and guide my son into the productive first year college student that he is today.

Mr. Bradley is not the person that is being portrayed, and this incident strikes me as extremely uncharacteristic. He has never been before the courts previously nor, I believe, is likely to again. Our entire family loves Benjamin and we ask that you please have mercy on him during sentencing! We will continue to support him and wish him the very best outcome for this case.

If you wish to verify the contents of this statement, please do not hesitate to contact me at 313-516-6565.

Sincerely Yours,

Cynthia D. Tate
19190 Monica Street
Detroit, Michigan 48221