Your Honor Campbell,

RECEIVED IN CLERK'S OFFICE
SEP 0 6 2016
U.S. DISTRICT COURT
MID. DIST. TENN

Ben is and has been my friend for over 15 years, I can confirm he is a good man. I beg you to consider his contributions to his family and to society when you make your decision. While he has committed an offense, I know from his past actions that this is a mistake that he regrets.

In the past 15 years that I've known Benjamin, I have known him to be a well mannered family man. He is a responsible and a good member to our society. He is a very hard worker and loving father to his children and a great spouse to his wife. He has a kind heart and loving spirit. Ben is a God fearing man who regrets his actions. In the past, he has always been eager to help others in need.

Benjamin truly regrets being in this predicament and understands the cost of his actions. With his friends and family support we hope that you will consider a lesser charge so he can continue to be an asset to his family and the general public.

Yours truly,
Nekia Brock[...]
(3) 909-2121

29456 Bobrich
Livonia, MI 48152