8/31/2016

Honorable Todd Campbell

801 Broadway

Nashville, TN 37203

Room A24

RECEIVED
IN CLERK'S OFFICE
SEP 0 6 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

Re: Benjamin Bradley

Dear Judge Campbell,

I met Benjamin Bradley in July of 2003 upon entering the Sinai Grace School of Radiology. We both graduated in June 2005. I worked with him for the next ten years. Benjamin was a hard worker, very respectful, caring and a selfless person. Benjamin is educated and carried himself in a very professional manner on the job. He was always willing to help anyone he came in contact with that was in need. Ben has always conducted himself in a respectful manner in my presence.

Benjamin Bradley is a husband and a father who dearly loves his family. I have always looked at Ben like my own son. We have had many conversations about the importance of a firm relationship with the Lord and family. Ben has shared with me the trouble that he is facing and I know that he is sorry for what he has done, and ready to turn the next page for this chapter of his life, but an extended prison term would be devastating for his children (that love him dearly) and his dear wife that now has to pick up the pieces in training their three children.

I pray you consider this information in regards to the charges that Benjamin Bradley is facing.

Thank you in advance,

*Toni M. Joyner*

Toni M. Joyner