September 9, 2016

Honorable Todd J. Campbell

United States District Judge

Middle District of Tenn.

801 Broadway Room 800 or 874

Nashville, TN 37203

3:15- 00037-02

Re: Benjamin Bradley

My name is LaTrisha Head, <u>"GOD Sister"</u>, to Benjamin Bradley.

Currently, I am disabled former college student who majored in Community Leadership with a concentration in nonprofit organization, due to a medical condition I have "Seizures Disorder", and I had to discontinue my education. The medical condition causes me to pass out at any given moment. I am drafting this charter for my brother Benjamin. Throughout the years Benjamin and I have grown very close. We are friends for life. Benjamin and I became close throughout the years. I know Benjamin just as well as any of his blood family members, or even better. I know Benjamin to be a GOD fearing loving, kind, caring family man with a wife, a daughter, and two sons, who has always had a since of pride for his community and human life. His passion for life lead him into a medical profession becoming a "Radiologist". When I was a young teenager, 18

years old to be exact I was raped, leaving me pregnant. I fell into a deep depression, I wanted to end my life. Benjamin noticed that I was not attending church any longer and reached out to me to see why I was not attending church. I didn't want to tell Benjamin, since was pastor's son I felt I comfortable talking to him explaining to him my situation. Benjamin told me to let go and let God take control. I was scared and did know what to do. He told me that God does not mistakes and that everything happens in Devine order, and that God would not place anything that I could not handle. Benjamin strengthen my faith aiding me to endure what had happen to me. When I had my daughter Benjamin became her Big brother / Uncle / God Father helping me when ever and however he could. I remained strong enough to graduate from High School, enrolled in college earning several degrees thanks to the encouragement by Benjamin. I think about it to this day, if it was not for Benjamin and my faith in God, I would had done something horrible to myself. I will always Love Benjamin for being positive and motivating me, him and God changed my life for the better. Benjamin is widely respected at the hospital by his former co-workers for his work ethic, to this very day they are concerned about his wellbeing speaking of him fondly, missing his smile and positive conversations. They have always respected Benjamin's work ethic. For example, Benjamin would work double shifts often, whenever someone call in to work Benjamin would cover their shift. Benjamin has never turned his back on anyone that needed him. In fact, Benjamin has lead

several food drives for the food drives for the homeless people in the community, lead back to school drives for parents that could not afford to purchase supplies for their children. I recall the time that Benjamin let me drive his car to work because he knew that I had elderly parents and we did not have transportation in the middle of winter while he caught the bus to work and school. Benjamin would help anyone he thought needed helping. He told me that's the true way of a Christian. Benjamin implemented tutoring for the youths of our congregation and was just simply a Big Brother to the young men and young women who had no fathers. I spoke to Benjamin with regards to his legal woes, and he most certainly understands what he being accused of and regrets the fact that he is not able to be productive in society as before. He express his concerns for his wife, daughter and two sons, by him not being able to be the protector and provider as a Husband , Father is supposed to do like his Father did for him. Being incarcerated his caused tremendous hardships for his entire family, wife, children, and elderly parents. Honorable Todd J Campbell please consider all that I have said about the charter of my God Brother Benjamin Bradley while reviewing his legal matter. Thanking you for the time you have taken out your busy schedule reading this letter.

Respectfully,

LaTrisha Head