1 September 2016

To: The Honorable
Todd Campbell

From: David Bradley Sr.

Re: Sentencing for Benjamin Bradley and Bernadette Bradley

RECEIVED
IN CLERK'S OFFICE
SEP 1 3 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

Greetings, Your Honor.

When reaching you I hope this letter find you in good health. Judge Campbell, we're the parents of both defendants, Benjamin Bradley and Bernadette Bradley (whole siblings), and we do realize at this time. That their sentencing dates are nearing and the fate of it's outcome is at your discretion and in your hands, along with God Almighty, for we are Faithful. Judge this letter is not intended to debate their guilt or innocence. Nor usurp the right and just in the law. For we do realize that they admitted responsibility to the charges levied against them and are ready to face the consequences of their actions and poor judgment. Therefore Your Honor, we do not hesitate in asking for leniency and mercy toward the outcome of their judicial fate. This request is not promoted by selfishness and prejudice because they are our children. Because our hearts do go out to all parents and grandparents who are faced with these circumstances and some face it many times over. But we are asking for your consideration based on the knowledge that we know our children realize their mistakes and is not doomed to repeat them.

Although as parents and grandparents we are severely trusting and loving of our own children. This trust and love can lead to over confidence in them and their judgment, and render us to be naïve to their poor judgment and unlawful behavior. As parents we worked all our lives to maintain a household and give our children the best parent, grandparent skills and supervision we possibly could. Although we found that in the end, our greatest competition were the peer groups and contemporary trends that have great power and influence over young minds. We also realize that it take a "whole village to raise a child" and we realized in our home and as a rule, that all systems and institutions that's ordained by God for the good of society and mankind, is an integral part of that village. Judge it does take a stirring up or a rousing of sorts and maybe isolation, to bring people back into focus and constructive productivity in their lives. Judge I assure you that in the case of our children. They have been shaken and rattled back to the values in which they were raised.

Your Honor, I'm asking you and praying to God that they swiftly be restored to parents, workers, students and the productive taxpaying citizens and neighbors that they are and that we know them to be. In which these things, I know they

cherish the most. My son (Benjamin) being a husband and father and a tenured vocational technician. My daughter (Bernadette) whom we feel was a innocent non-willing participant and mistaken for some other person and not fully understanding the magnitude of said infractions. We would hope to see her continuing in her support groups for her chronic physical and mental illnesses and raising her daughter a college student and bright young lady. They now realize the core values and treasures in life that don't necessarily come by peer pressure with ill gotten financial gain, and materialism. They know the value of being cooperative and productive. The privilege to parent and value home making, child-rearing, continuing education and to grow in grace and Spiritual fortitude. Judge please look upon their adolescent years and see that were high school graduates, church members and artist and athletes. They had no juvenile system contact or adverse behavior in the community as teens or disruptive behavior in school. They have never be accused of being violent or disrespectful to their elders or seniors. They lived in one house and one community all their life. As parents we both worked a combined eighty-five years before retirement. We remain to be proud parents and grandparents by the Grace of God. We pray that our children has learned the errors of their careless ways. We have profound confidence that they have. We are anxious and excited with hope to be restored back to doing what we do best. Parenting and being good neighbors. Your Honor we ask God and we ask you to 'hear our prayers'.




**Sincerely and God Bless**

**David and Cheryl Bradley**

*[signature]* Sr. (father)