September 20, 2016

Dear Judge Campbell,

I am writing this letter on behalf of Benjamin Bradley (217769). Benjamin has been a friend of mine since I was 14 years old in the 9th grade. I met him while attending Cass Technical High School, one of the finest high schools in Detroit. Only those who pass the admittance test and had an acceptable g.p.a. Ben has always been a loving, caring, and nurturing guy. He is a family man and respected father. Anyone that knows him knows that he is a loving dad to his three children. I have nothing but the utmost respect for this man. He is a husband, father, son, and brother. It would be such a tragedy to have him away from his loved ones for a long time. He has already been gone for almost two years and it seems like forever. Ben is a caring individual, he is willing to give the clothes off his back, literally. Ben will do anything and everything to help those who needs him. He was hard worker and his charm was seen with almost every patient that he came in contact with. Judge Campbell, I am writing you this letter to let you know that he is not the monster and he is a good guy that got involved with the wrong people. Can you find a way to not make him suffer and to have an effect and the well-being of his children not having their father in the home. He does not deserve a harsh penalty. I know that he is very remorseful for what he did and if he had his way he would have made better decisions. Benjamin is well loved and needed. He has a way of encouraging anyone and making things seem like they will work out fine. Even while he has been incarcerated he finds a way to send encouraging messages. Please find it in your heart to be lenient in sentencing. Please give him an opportunity to return to society to be the loving father, brother, and man to those that need him.

Sincerely,

Angelia Jackson