UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:15-CR-37 |
| ) | Judge Campbell |
| BENJAMIN BRADLEY ) | |
|     Defendant. ) | |

## NOTICE OF FILING IN SUPPORT OF DEFENDANT BENJAMIN BRADLEY

Comes now the Defendant, by counsel, and gives notice of the filing of the attached documents in support and on his behalf and for the Court's consideration in anticipation of the sentencing hearing currently set for November 9, 2016 at 9:00 a.m., as follows:

Exhibit 1:  Program History for Benjamin Bradley, 05/2015 through 07/2016

Exhibit 2:  Attendance Inmate Program History, AA/NA Main Facility 2015-16

Exhibit 3:  Attendance Inmate Program History, Clarkson Church of Christ 2015-16

Exhibit 4:  Attendance Clarkson UMC Inc. Individual Study 2015-2016; Inside Out Dad 2015-16; and One on One 10/29/15

Exhibit 5:  Certificate of Baptism and signed Baptismal Certificate 7/19/16

Exhibit 6:  ACT Career Certificate 5/8/16

Exhibit 7:  Recommendation letter of J. Long, dated 8/3/16

Exhibit 8:  Recommendation letter by E. Oldham, dated 8/17/16

    Respectfully submitted,

    /s/ James E. Mackler
    James E. Mackler (BPR #024855)
    FROST BROWN TODD LLC
    150 3RD Avenue South, Suite 1900
    Nashville, TN 37201
    (615) 251-5569 (phone)
    (615) 251-5551 (facsimile)
    jmackler@fbtlaw.com

# CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following, this 28th day of September, 2016:

Cecil VanDevender
Assistant United States Attorney
110 9th Ave. So.
Suite A-961
Nashville, TN 37203

                                          /s/ James E. Mackler

0132236.0629976  4814-7305-6313v3