# Program History for BRADLEY, BENJAMIN

DOING TIME WITH JESUS 2015          5/14/2015          5/18/2015          Dismissed
REMOVED DID NOT SIGN IN 5-18-15 J22

CLARKSON CHURCH OF CHRIST 2015   5/14/2015

9-15-15 WAS NOT ASKED BY J121 / J22
REMOVED DUE TO KNOCKING ON WINDOWS PER J12 SEE INCIDENT REPORT10-27-15 J22
(OUT TWO WEEKS)
ADDED BACK TO LIST 11-11-15 J22

INSIDE OUT DAD (MAIN) 2015          5/22/2015          8/10/2015          Dismissed
Did not attend 8/3/2015 session

INSIDE OUT DAD (MAIN) 2015          8/11/2015          10/26/2015          Completed

Session 10 needed for completion.
Has completed insideout dad program

AA/NA MAIN FACILITY 2015          9/15/2015

ONE ON ONE          10/29/2015

CLARKSON UMC IND. STUDY 2015          12/3/2015

BAPTISM          7/15/2016          7/19/2016          Dismissed
BAPTISED BY MARK WEAVER 7-19-16 J22

**EXHIBIT 1**

Case 3:15-cr-00037   Document 617-1   Filed 09/29/16   Page 1 of 1 PageID #: 1800