# Inmate Program History

## BRADLEY, BENJAMIN

AA/NA MAIN FACILITY
2016

9/15/2015

    Attended: 11/18/2015

    Attended: 12/16/2015

    Attended: 12/3/2015

    Attended: 12/9/2015

    Attended: 10/21/2015

    Attended: 10/28/2015

    Attended: 11/5/2015

    Attended: 11/11/2015

    Attended: 1/6/2016

    Attended: 1/13/2016

    Attended: 1/20/2016

    Attended: 1/27/2016

    Attended: 2/3/2016

    Attended: 2/11/2016

    Attended: 2/17/2016

    Attended: 2/24/2016

    Attended: 9/16/2015

    Attended: 9/23/2015

    Attended: 9/30/2015

    Attended: 10/7/2015

    Attended: 10/14/2015

    Attended: 3/2/2016

    Attended: 3/16/2016

    Attended: 3/23/2016

    Attended: 3/30/2016

    Attended: 4/6/2016

    Attended: 4/13/2016

    Attended: 4/20/2016

    Attended: 4/27/2016

    Attended: 5/11/2016

    Attended: 5/18/2016

    Attended: 5/25/2016

    Attended: 6/1/2016

    Attended: 6/8/2016

    Attended: 6/15/2016

    Attended: 6/23/2016

    Attended: 6/29/2016

    Attended: 7/6/2016

    Attended: 7/14/2016

    Attended: 7/20/2016

    Attended: 7/28/2016

    Attended: 8/4/2016

    Attended: 8/3/2016

    Attended: 8/11/2016

    Attended: 8/18/2016

    Outcome:

BAPTISM

7/15/2016    7/19/2016

    Attended: 7/19/2016

    Outcome: Dismissed

    BAPTISED BY MARK WEAVER 7-19-16 J22

**EXHIBIT 2**