CLARKSON CHURCH OF CHRIST 2016

5/14/2015

Attended: 1/6/2016

Attended: 12/15/2015

Attended: 10/26/2015

Attended: 11/23/2015

Attended: 12/7/2015

Attended: 12/1/2015

Attended: 1/18/2016

Attended: 2/2/2016

Attended: 1/25/2016

Attended: 2/11/2016

Attended: 2/16/2016

Attended: 2/24/2016

Attended: 3/1/2016

Attended: 10/20/2015

Attended: 10/12/2015

Attended: 10/5/2015

Attended: 9/28/2015

Attended: 9/21/2015

Attended: 8/17/2015

Attended: 8/24/2015

Attended: 8/31/2015

Attended: 7/28/2015

Attended: 8/10/2015

Attended: 5/18/2015

Attended: 5/25/2015

Attended: 6/1/2015

Attended: 6/8/2015

Attended: 6/15/2015

Attended: 6/29/2015

Attended: 7/6/2015

Attended: 6/22/2015

Attended: 7/20/2015

Attended: 3/14/2016

Attended: 3/7/2016

Attended: 3/29/2016

Attended: 4/11/2016

Attended: 4/18/2016

Attended: 5/2/2016

Attended: 4/26/2016

Attended: 5/9/2016

Attended: 5/31/2016

Attended: 6/7/2016

Attended: 6/13/2016

Attended: 6/20/2016

Attended: 6/27/2016

Attended: 7/5/2016

Attended: 7/26/2016

Attended: 8/2/2016

Attended: 8/9/2016

Attended: 8/16/2016

Attended: 7/19/2016

Outcome:

9-15-15 WAS NOT ASKED BY J121 / J22
REMOVED DUE TO KNOCKING ON WINDOWS PER J12 SEE INCIDENT REPORT10-27-15 J22 (OUT TWO WEEKS)
ADDED BACK TO LIST 11-11-15 J22

**EXHIBIT 3**