CLARKSON UMC IND. STUDY 2016

12/3/2015

- Attended: 8/18/2016
- Attended: 8/11/2016
- Attended: 8/3/2016
- Attended: 7/28/2016
- Attended: 7/21/2016
- Attended: 6/23/2016
- Attended: 7/14/2016
- Attended: 7/6/2016
- Attended: 6/29/2016
- Attended: 6/15/2016
- Attended: 6/1/2016
- Attended: 5/25/2016
- Attended: 5/11/2016
- Attended: 5/4/2016
- Attended: 4/27/2016
- Attended: 4/13/2016
- Attended: 2/11/2016
- Attended: 4/20/2016
- Attended: 4/6/2016
- Attended: 3/24/2016
- Attended: 3/16/2016
- Attended: 3/2/2016
- Attended: 3/9/2016
- Attended: 2/24/2016
- Attended: 2/18/2016
- Attended: 2/3/2016
- Attended: 1/27/2016
- Attended: 1/13/2016
- Attended: 1/6/2016
- Attended: 12/9/2015
- Attended: 12/17/2015

Outcome:

INSIDE OUT DAD (MAIN) 2015

5/22/2015     8/10/2015

- Attended: 7/21/2015
- Attended: 6/23/2015
- Attended: 7/8/2015
- Attended: 7/14/2015
- Attended: 6/16/2015
- Attended: 6/8/2015
- Attended: 6/1/2015
- Attended: 5/25/2015
- Attended: 7/28/2015

Outcome: Dismissed

Did not attend 8/3/2015 session

INSIDE OUT DAD (MAIN) 2015

8/11/2015     10/26/2015

- Attended: 8/17/2015
- Attended: 8/10/2015

Outcome: Completed

Session 10 needed for completion. Has completed insideout dad program

ONE ON ONE

10/29/2015