# Certificate of Baptism

_Benjamin Bradley_

On this the _19th_ day of _July_ in the year _2016_, you were born again by the grace and power of God. All your past sins have been forgiven and you are now a child of the heavenly Father, a member of His family, which is Christ's church.

Your new life was made possible because God in His infinite love sent His Son Jesus Christ to die for your sins and to be raised again that as Saviour and Lord He might rule over your life and save you forever.

In accordance with the requirements of the gospel, you have believed the truth, repented of sin, confessed that you believe Jesus Christ is the Son of God, and been baptized in His name. In this beginning you have entered into a new life, a life which when faithfully completed will someday be transformed into eternal life in heaven.

You were baptized by _____
At _Kasson County Detention Center_

Some friends who heard your confession and witnessed your baptism were:

_Jim Ostrander_

**EXHIBIT 5**

# Baptismal Certificate



This Certifies that

In obedience to the command and in imitation of the example of our Lord Jesus Christ

Benjamin Bradley

was "buried with Him in baptism" on the 19th day of July-16 at Grayson County Detention Center

▮-83

DATE OF BIRTH