Johnnie Long
616 Columbia Dr.
Elizabethtown, Ky. 42701

Honorable Judge
Federal Court
Nashville Tn. 37201

August 3, 2016

Your Honor

I am writing you this letter on behalf of Benjamin Bradley which I have known since 16 October 2015, when I meet him at Resident Encounter with Christ (REC) at Grayson County Detention Center (GCDC) in Leitchfield Kentucky.

I little about myself, I am a United Methodist Local Pastor, and my church is in Grayson County about 8 mile from GCDC. I have been doing one on one prison ministry at GCDC for the last 5 years and have been doing REC for about a year now. I am a 30 year retired veteran of the US Coast Guard.

As stated, I meet Ben last year at the REC and I have been working with him during this last 10 months on a weekly basis during my one on one Bible Study and spiritual guidance sessions with him. I would like to address on the progress the Ben has made over these 10 months, first thing what he realize what is important in life, secondly taking responsible for his action that place him in jail and ultimately in standing in front of you receive his punishment which he admitted to the crime and lastly the changes in his life and how he has changed by ministering to the men in the pod that he is housed and what he can do differently when he does get out of prison after paying his debit to society for his crime.

Over this period, Ben is looking at the world different, since he has come to know the Lord Jesus as his savior. He knew who Jesus was but did not know Jesus as his Lord and savior. So how has he changed, first and foremost he realizes that thing like jewelry and fine cars and other items of the world cannot make you happy and these things are useless when it comes to know the Lord. He is learned what is really important to him, first and foremost is Jesus Christ, then his family (he has started writing love letter to his wife which he never did) and last helping his fellow brother of not failing into the same trap that put him where he is today.

Secondly, he has taken full responsibility for his actions he is not blaming anyone else for his action. I believe this is a real step in the change in a person when he take responsibility for his actions and does blame others or society and up bring He has been instilling this same life changing believe to others that he ministers to. To take responsibility of your action and come to the Lord.

Lastly, since Ben has turned his life over to God he has been living that life leading prayer and Bible Study in his pod. As they say he is walking the walk and taking the talk. These are the changes that only comes in a change in one's heart and soul.

In closing I would like you know that Ben is a changed man, I know as he must pay for his crime but I would like for you to take in account the change that has accrued in Ben life over these last 10 months that I have known him and I believe when he does get out of prison, he will be an asset in his community, family and young people that he can minister to so they might not go down the same road that he did.

Sincerely,

*[signature]*

Johnnie Long
Big Clifty UMC
Local Pastor