8-17-16

To whom it may concern,

I Eugene Ohlmann am writing this letter on behalf of Benjamin Bradley. I conduct a. a. meetings at G.E.O.C. on Thursday at 9 a.m. Benjamin has been faithful at these A.A. meetings for a long time. I try to watch for those inmates who work the 12 steps of the A.A. program, and Benjamin is one of those who has reached out for help. I don't know what Benjamin's problems are, and I don't need to know all the details. My 37 years tell me that any one who wishes to

EXHIBIT 8
Case 3:15-cr-00037   Document 617-8   Filed 09/29/16   Page 1 of 2 PageID #: 1809

recover, can, if they continue to work on their spiritual life, and I can testify on behalf of Benjamin. If I can be of help to anyone, please call me at 1-270-257-0584.

Eugene Ohlmann