UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:15-CR-37 |
| ) | Judge Campbell |
| BENJAMIN BRADLEY ) | |
| Defendant. ) | |

**NOTICE OF CORRECTION TO REPLY TO UNITED STATES' RESPONSE TO BRADLEY'S MOTION FOR SUBPOENA *DUCES TECUM***

Comes now the Defendant, Ben Bradley, by counsel, and hereby gives notice of the correction of a typographical error in his Reply to the United States' Response to his Motion for a *Subpoena Duces Tecum* (Docket No. 637). The second sentence of the second paragraph on page 2 should read as follows, and in all other respects the Reply is unchanged:

> "Although defense counsel has *not* seen Ms. O'Neal's presentence investigation report, it is fair to assume that she, like most defendants, waived her patient/psychotherapist privilege for the purposes of the PSR."

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
FROST BROWN TODD LLC
150 3RD Avenue South, Suite 1900
Nashville, TN 37201
(615) 251-5569 (phone)
(615) 251-5551 (facsimile)
jmackler@fbtlaw.com

1

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following, this 10th day of October, 2016:

Cecil VanDevender
Assistant United States Attorney
110 9th Ave. So.
Suite A-961
Nashville, TN 37203

                              /s/ James E. Mackler

0132236.0629976  4818-5519-3146v1