UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:15-00037 |
| ) | JUDGE CAMPBELL |
| DONALD DUANE BUCHANAN, JR. , et al. ) | |

ORDER

Pending before the Court is the Government's Motion To Consolidate All Reassigned Sentencing Hearings (Docket No. 751). The Motion is GRANTED as follows: all Defendants whose cases have not been transferred previously are transferred to Judge Aleta Trauger for all purposes.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE