UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:15-CR-37 |
| | ) | Judge Campbell |
| BENJAMIN BRADLEY | ) | |
|     Defendant. | ) | |

### NOTICE OF FILING IN SUPPORT OF DEFENDANT BENJAMIN BRADLEY

Comes now the Defendant, by counsel, and gives notice of the filing of the attached photograph in his support and on his behalf and for the Court's consideration in anticipation of the sentencing hearing currently set for December 20, 2016 at 10:00 a.m.

Respectfully submitted,

s/ James E. Mackler
James E. Mackler (BPR #024855)
FROST BROWN TODD LLC
150 3RD Avenue South, Suite 1900
Nashville, TN 37201
(615) 251-5569 (phone)
(615) 251-5551 (facsimile)
jmackler@fbtlaw.com

## CERTIFICATE OF SERVICE

      I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following, this 5th day of December, 2016:

Cecil VanDevender
Assistant United States Attorney
110 9th Ave. So.
Suite A-961
Nashville, TN 37203

                                                  s/ James E. Mackler

0132236.0629976  4824-6841-1709v1