

Case 3:15-cr-00037   Document 776-1   Filed 12/05/16   Page 1 of 1 PageID #: 2447