Dear Honorable Judge,

Re: Benjamin Bradley

I am writing on behalf of my dear friend Benjamin Bradley whom I've known for over 10 years. I'm asking to courts to take my friend's character into consideration in regards to his current charges. I also wanted to let you know that Benjamin is a very loving son and father. Benjamin is a very smart, caring and reliable person whom I once had the pleasure of working side by side with for many years at Sinai Grace Hospital. He has a heart of gold and will do just about anything to help someone out.

I must admit that when I received the phone call that Benjamin was being arrested, I couldn't believe it. After speaking with Ben over these months that he has been locked up he has told me how much he values family, friends and most of all the relationship with God that has gotten much stronger. Over the past 10 years I worked with Benjamin in the busy emergency department and he showed such compassion during each encounter. His interaction with patients and fellow staff was always filled with kind words and gestures. This man has such a positive spirit and dedication to provide the best for his family.

The Benjamin that I know was able to put a smile on an ailing patients faces, so much it allow the patient to be pain free for those brief moments. He is always willing to help out whenever he can especially with his family and close friends. As my closest friend I looked to Benjamin for positive advice and those pushes to keep me going when I felt overwhelmed. He is a positive influence to my life and I'm sure others will say that same. He is a family orientated man who provides for his children and he supports them in their school activities. I appreciate you taking the time to read this letter, I just ask that you look into Benjamin's heart and not just his charges. Please take into consideration that this man is a successful CT Technician and his is a positive figure on his social and professional circles.

Thank You,

*Lori Carlton*

Lori J. Carlton