UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:15-CR-37 |
| | ) | Judge Trauger (previously Campbell) |
| BENJAMIN BRADLEY | ) | |
|    Defendant. | ) | |

**NOTICE OF FILING IN SUPPORT OF DEFENDANT BENJAMIN BRADLEY**

Comes now the Defendant, by counsel, and gives notice of the filing of the attached correspondence received on or about January 3, 2017, in his support and on his behalf and for the Court's consideration in anticipation of the sentencing hearing currently set for February 1, 2017 at 9:30 a.m.

Respectfully submitted,

s/ James E. Mackler
James E. Mackler (BPR #024855)
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615.251.5569
615.251.5551 fax
jmackler@fbtlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served via email, this 5th day of January 2017.

Cecil VanDevender
Assistant United States Attorney
110 9th Ave. So.
Suite A-961
Nashville, TN 37203

                                                s/ James E. Mackler

0132236.0629976  4850-4459-1168v1