To:  The Honorable Todd Campbell

From:  Ms. Lena Lane

Regarding:  Benjamin Bradley

I am a retired school teacher and educator in the Detroit Public School system where I worked for the past 45 year.  The last 25 years I have known Benjamin Bradley.  He has been a respected community helper, husband, father, devoted son and friend.  I was the Director of the St Timothy United Methodist Church Youth and Summer Day Care Program since 1995.  Ben was actively involved in their church activities.  As a youth he would encourage friends to participate in the Summer Day Camp program and Sunday Service activities.  He has always treated everyone with the utmost respect and courtesy, helping with various tasks and assignments. He is the type of individual if given a second chance, he would prove to be a great asset.


Sincerely,



Lena Lane

1-313-826-9482