January 2, 2017
801 Broadway
Nashville, TN 37203

7621 Streamwood Dr
Ypsilanti MI, 48197

Dear Judge Aleta Trauger I am Shyla Aareion Fleming a friend of Benjamin Bradley. Your honor he is such a good person. I understand he have done wrong but i beleive he has learned his lesson. His children needs him. I was Benjamin co-worker he came to work everyday. I'm so sorry to bother you. It would really be a blessing if he was to come home sometime in 2017. He's not a man who gets in trouble with the law continuously. He's a human who made a mistake. Happy New Year Judge Aleta Trauger please make a lot of people happy by considering to give Benjamin another shot to make things right thank you so much your honor.

Sincerely, Shyla Fleming