IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |
| ) | |

## ORDER

The Motion to Continue Sentencing Hearing filed by the government (Docket No. 845) is DENIED. The court has been made privy to email exchanges between counsel since the motion was filed, and the government responds to the defendant's resistance to a continuance by arguing that the government is only requesting an additional week. This sentencing is scheduled to take an entire day of the court's time, and the court does not have another full day in the foreseeable future that it can set aside for this sentencing. There are two lawyers of record for the government in this case, and the court is confident that the government can get prepared for the sentencing hearing.

It is so **ORDERED**.

ENTER this 26th day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge