IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.: 3:15-cr-00037-2 |
| | ) | JUDGE TRAUGER |
| **BENJAMIN BRADLEY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION OF THE UNITED STATES FOR
## ENTRY OF A PRELIMINARY ORDER OF FORFEITURE

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Cecil VanDevender and Debra Phillips, Assistant United States Attorneys, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure, Title 21, United States Code, Sections 853(a)(1) and (a)(2), and Title 18, United States Code, Section 982(a)(1), and moves —upon acceptance by the District Court of the Defendant Benjamin Bradley's plea of guilty as to Count One of the Indictment, charging violations of distributing a controlled substance and conspiracy to distribute a controlled substance and Count Two of the Indictment, charging violations of laundering monetary instruments and conspiracy to commit money laundering — for the issuance of a Preliminary Order of Forfeiture of Defendant's interest in the following:

    A.    pursuant to Title 21, United States Code, Section 853(a)(1), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violation of Title 21, United States Code, Section 846, including but not limited to a money judgment in an amount to be determined, representing the amount of gross drug proceeds obtained as a result of such offense;

B. pursuant to Title 21, United States Code, Section 853(a)(2), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

and further

C. pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h) (conspiracy to commit money laundering), or any property traceable to such property including but not limited to proceeds of the violation and including but not limited to a money judgment in an amount to be determined, representing the property involved in a violation of 18, United States Code, Section 1956(h) (conspiracy to commit money laundering), or any property traceable to such property.

The property to be forfeited pursuant to the foregoing include:

**CURRENCY:**

1. Approximately $46,300.00 United States currency seized from 15540 Prevost Street, Detroit, Michigan on March 12, 2015;

2. Approximately $78,300.00 United States currency seized from 45669 Harmony Lane, Belleville, Michigan on March 12, 2015;

**REAL PROPERTY:**

3. Real property commonly known as 14425 Curtis, Detroit, MI 48235, and more particularly described in the attached Exhibit A to Bill of Particulars for Forfeiture of Real Property ("Exhibit A").

4. Real property commonly known as 14427 Curtis, Detroit, MI 48235, and more particularly described in Exhibit A.

5. Real property commonly known as 16617 Leisure, Detroit, MI 48235, and more particularly described in Exhibit A.

6. Real property commonly known as 15355 Ohio Street, Detroit, MI 48238, and more particularly described in Exhibit A.

7. Real property commonly known as 45669 Harmony Lane, Belleville, MI 48111, and more particularly described in Exhibit A.

(hereinafter collectively referred to as "Subject Property").

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith. Additionally, a proposed Preliminary Order of Forfeiture is attached hereto for the court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

By:   s/Cecil VanDevender
      CECIL VANDEVENDER
      Assistant United States Attorney

By:   s/Debra Teufel Phillips
      DEBRA TEUFEL PHILLIPS
      Assistant United States Attorney
      110 Ninth Avenue, South, Suite A-961
      Nashville, Tennessee 37203
      Telephone: (615) 736-5151
      Email: cecil.vandevender@usdoj.gov
             deb.phillips@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 31st day of January, 2017, a copy of the foregoing Motion for Entry of Preliminary Order of Forfeiture was filed electronically. Notice of this filing will be sent to James E. Mackler via email to jmackler@fbtlaw.com by operation of the Court's electronic filing system.

                s/Debra Teufel Phillips
                DEBRA TEUFEL PHILLIPS
                Assistant United States Attorney