IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-cr-00037-2 |
| | ) | JUDGE TRAUGER |
| BENJAMIN BRADLEY | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS FOR OPEN PLEA HEARING

If this case were to proceed to trial, the United States would put on proof establishing the following facts beyond a reasonable doubt:

1. With respect to Count One: beginning on a date unknown to the Grand Jury, but not later than in or about November 2012, and continuing thereafter until on or about March 11, 2015, in the Middle District of Tennessee and elsewhere, [1] DONALD DUANE BUCHANAN, JR. a/k/a "DONALD GAINS" a/k/a "RAY RHODES"; [2] BENJAMIN EDWARD HENRY BRADLEY; [3] FELICIA ANN JONES a/k/a "AUNTIE"; [4] ERIC ANTHONY MCEWEN a/k/a "E"; [5] PAMELA O'NEAL; [6] BERNADETTE BRADLEY a/k/a "BERNADETTE NICHOLE COLLEY"; [7] GENE ROLAND HARDWICK; [8] HOWARD BRONS III; [9] ASHLEY KAYE ALDRIDGE; [10] ANDREW BRADLEY FROOME; [11] JAMES EDWARD JOHNSON II a/k/a "RED"; [12] BOBBY DEANDRAE ROBERTSON a/k/a "B.O."; [13] JONATHAN LAMAR MOORE a/k/a "J-BOY"; [14] ROBERT EDWIN HAMPTON; [15] TONY WADE HOLBROOKS; [16] KAI ELIJAH RAMOS; [17] WALTER THOMAS BOWEN, JR.; and [18] FRANK JEFFREY KELLY, JR. a/k/a "LITTLE MAN" did combine, conspire,

confederate, and agree with each other, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute controlled substances, including Oxycodone and Oxymorphone, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

2. With respect to Count Two: Beginning on a date unknown to the Grand Jury, but not later than in or about November 2012, and continuing thereafter until on or about March 11, 2015, in the Middle District of Tennessee and elsewhere, [1] DONALD DUANE BUCHANAN, JR. a/k/a "DONALD GAINS" a/k/a "RAY RHODES"; [2] BENJAMIN EDWARD HENRY BRADLEY; and [3] FELICIA ANN JONES a/k/a "AUNTIE" did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: Knowingly conducting and attempting to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is the unlawful distribution of Schedule II controlled substances, with the intent to promote the carrying on of the said specified unlawful activity, that is the distribution of Schedule II controlled substances, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), all in violation of Title 18, United States Code, Section 1956(h).

3. The investigation into the conspiracy included the interception of wire and electronic communications over nine target telephones—which will be referred to as Target

Telephones 1 through 9—between November 2014 and March 2015. Defendant was the owner and user of Target Telephone 3, Target Telephone 7, Target Telephone 8, and Target Telephone 9. He was frequently intercepted over these phones communicating in furtherance the drug-trafficking and money-laundering conspiracies. He was also intercepted over Target Telephones 1, 2, and 6 (communicating with Donald Buchanan), and Target Telephone 4 (communicating with Jones) in furtherance of the drug-trafficking and money-laundering conspiracies.

4. Beginning no later than 2012, Defendant regularly distributed controlled substances, including Oxycodone and Oxymorphone, either directly or indirectly, to others, including each of the codefendants in this case.

5. Defendant typically collected prescription pills from various sources in the Detroit area. Then, after storing those pills in various locations, delivered them to Donald Buchanan, often by having co-conspirators, including Felicia Jones and Eric McEwen, drive to meet Buchanan, either in the Cincinnati area or the Nashville area.

6. Defendant also worked with Buchanan, Jones, and others to launder the proceeds of the drug-trafficking activity and promote the ongoing criminal activity. For example, over the course of several years, Buchanan and others acting at his direction made frequent cash deposits into accounts owned or controlled by Defendant.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

By: s/Cecil VanDevender
CECIL VANDEVENDER
Assistant United States Attorney

By: s/Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: cecil.vandevender@usdoj.gov
deb.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2017, a copy of the foregoing Motion for Entry of Preliminary Order of Forfeiture was filed electronically. Notice of this filing will be sent to James E. Mackler via email to jmackler@fbtlaw.com by operation of the Court's electronic filing system.

s/Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant United States Attorney
