# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:15-cr-00037-2 |
| ) | JUDGE TRAUGER |
| BENJAMIN BRADLEY ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR AN ORDER OF FORFEITURE CONSISTING OF AT LEAST A $1,000,000 UNITED STATES CURRENCY MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based upon the facts in the record, as well as any evidence presented at sentencing and the Court's acceptance of Defendant Benjamin Bradley's plea of guilty —to Count One of the Indictment, charging violations of distributing a controlled substance and conspiracy to distribute a controlled substance and Count Two of the Indictment, charging conspiracy to commit money laundering — for an Order of Forfeiture consisting of at least a $1,000,000 United States currency Money Judgment against Defendant.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

                    Respectfully submitted,

                    DAVID RIVERA
                    United States Attorney
                    Middle District of Tennessee

By:   s/Cecil VanDevender
        CECIL VANDEVENDER
        Assistant United States Attorney

By:   s/Debra Teufel Phillips
        DEBRA TEUFEL PHILLIPS
        Assistant United States Attorney
        110 Ninth Avenue, South, Suite A-961
        Nashville, Tennessee 37203
        Telephone: (615) 736-5151
        Email: cecil.vandevender@usdoj.gov
                deb.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2017, a copy of the foregoing Motion for was filed electronically. Notice of this filing will be sent to James E. Mackler via email to jmackler@fbtlaw.com by operation of the Court's electronic filing system.

                    s/Debra Teufel Phillips
                    DEBRA TEUFEL PHILLIPS
                    Assistant United States Attorney