REV 01/17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:15-00037-2

UNITED STATES OF AMERICA

V.

BENJAMIN EDWARD HENRY BRADLEY

(list each defendant appearing at hearing)

Judge: TRAUGER

Hearing Date: 2/1/17

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Roxann Harkins

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Cecil Vandevender, Brent Hannafan

Defense Attorney(s): Joe Montminy

### TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant sentenced to 204 months in custody, 3 years supervised release, $200 special assessment, and no fine. Defendant will respond to the government's motion for forfeiture by 2/15/17. Witness exhibit list to follow. Judgment to enter.

Total Time in Court: 6 hrs 30 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley

Reset Form   Case 3:15-cr-00037   Document 873   Filed 02/01/17   Page 1 of 1 PageID #: 2837