# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

BENJAMIN EDWARD HENRY BRADLEY

**EXHIBIT AND WITNESS LIST**

Case Number: 3:15-00037-2

| PRESIDING JUDGE<br>ALETA TRAUGER | PLAINTIFF'S ATTORNEY<br>Brent Hannafan, Cecil VanDevender | DEFENDANT'S ATTORNEY<br>James Mackler |
|---|---|---|
| TRIAL DATE (S)<br>2/1/17 | COURT REPORTER<br>Roxann Harkins | COURTROOM DEPUTY<br>Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |   | 2/1/17 |   |   | **WIT: Felicia Jones, co-defendant** |
| 1 |   | " |   | X | **Disc of wiretap recordings** |
| X |   |   |   |   | **WIT: Pamela O'Neal, co-defendant** |
| 2 |   | " |   | X | **Disc of wiretap recordings** |
|   | 1 | " |   | X | **Summary of calls on defendant Bradley's telephone from wiretaps** |
| X |   | " |   |   | **WIT: Bernadette Bradley, co-defendant and sister of defendant** |
| 3 |   | " |   | X | **Disc of wiretap calls between witness and defendant** |
| X |   | " |   |   | **WIT: Frank DeRiggi, Task Force Officer for DEA, Mt. Juliet Police Dept**. |
| 4 |   | " |   | X | **Photograph of DeRiggi holding money seized through search warrant of Bradley's parent's home.** |
| X |   | " |   |   | **WIT: John Krieger, DEA special agent** |
| 5 |   | " |   | X | **Disc of wiretap calls from co-defendant Buchannan's phone.** |
| 6 |   | " |   | X | **Photograph of 3 watches** |
| 7 |   | " |   | X | **Defendant's Receipts from Marquee Club in Las Vagas** |
| 8 |   | " |   | X | **Many boxes of Air Jordan tennis shoes** |
|   | 2 | " |   | X | **Photograph of defendant Bradley's house** |
|   | 3 | " |   | X | **Copy of website showing purchase price of defendant Bradley house** |
|   | 4 | ' | X |   | **Letter from Buchannan to Bradley** |
| X |   | " |   |   | **WIT: William DeSantis, IRS criminal investigations** |
|   | 5 | " |   | X | Letter from government to defense counsel regarding drug quantities |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages