2-3-17

Dear Honorable Judge Trauger,

Sorry to bother you, I know you probably had enough of me with that seven plus hour sentencing hearing that the prosecutors manipulated and exaggerated all evidence to make me look like this very horrible person. I respect you and understand a judge base their ruling on the evidence put on record. But your Honor the majority of the evidence presented wasn't completely truth and shouldn't represent who I am. What are the steps to file for a resentencing before you? Will I be able to get resentenced based on my progress in the F.B.O.P with programming and good conduct? Also can you recommend me to attend the facility with Washtenaw Community College because my college credits are transferrable there. I am determined to overshadow any false testimony against me with living a new purpose driven life that consist of nothing but positivite progress.

Respectfully,
Benjamin Bradley
B.B.

RECEIVED IN CLERK'S OFFICE
FEB 2 2 2017
U.S. DISTRICT COURT
MID. DIST. TENN.