Judge Trauger
Courtroom 776
801 Broadway
Nashville Tn 37203

Honorable Judge Trauger
Case No 3:15-cr-00037-2

My name is Cheryl A Bradley. I am writing to thank you for not condemning my son Benjamin E.H Bradley to 45 years to life (that was recommended by the prosecuting Attorney at his hearing February 2017). Although, what I heard at his hearing was very disturbing, I really believe that 17years was to extreme a sentence for what he actually participated in. And, I'll tell you why: 1st) the real perpetrator only received 10 years. 2nd) all of the witnesses testified against him because they had a lot to loose (freedom) and because of their cooperation (blaming him for everything) their sentences were reduced. After all they were very willing participants in receiving compensation or housing or etc. He never intimidated them into doing anything. As a matter of fact one young lady was a relative of Mr Buchanan that was active in illegal activity in Tennessee and it appears that she was doing the same thing before she knew Ben. 3rd) When Benjamin's detention center was changed from Leitchfield Ky to Henderson Ky, they sent all of his mail to me and I read several letters from Mr Buchanan to my son that indicated he would not testify against Ben because his conscience would not let him lie and he said, "My people in Tennessee don't even know who you are". 4) Prosecutor said that Bens father said that all of the guns found in my home belong to Ben. Well, we were so traumatized from police busting in the door of our home, police & dogs going through everything in my house, and being hand cuffed to a chair in our kitchen. I have never been so humiliated or afraid in my life, I really don't know what he said because they questioned us separately, but when one of them questioned me about guns, I told them the truth, one rifle has been in our home for about 15 to 20 years, so that gun couldn't belong to Ben. The police said that there were guns found in the family room on the bar(a room that we very seldom go in as its just the two of us), but we did entertain recently a block street birthday party of about 100 people were in and out of my home. So anyone could have put that bag there. 5) This was his 1st offense and he had a positive hospital career for over 11years. If he had been so involved with drug crime, they never said how long they taped Mr Buchanan's phone (I'm sure more than 2 or 3 months) but they only have 3 months of tape that included Benjamin. 6) He was condemned before the hearing started by the press and website postings that labeled him "King pin from Detroit", "The biggest Bust ever". No one stood in his behalf or testified in his favor, but you did received a lot of favorable mail.

Benjamin Bradley accepted his wrong doing and wanted to make amends by not blaming anyone else but his self but 17 years is extreme. Some murderers are serving less time. I'll be 87 years old if I live that long, his small children will be teenagers and adults. What a waste of a productive human being.

Sincerely,
*Cheryl A. Bradley* (signature)
Cheryl A. Bradley