4-14-17

Dear Honorable Judge Trauger,

How are you doing? I pray upon the arrival of this letter it finds you in good health and good spirits. As for myself I'm Blessed despite my current circumstances. I'm defendant in case NO 3:15CR00037. In 2-1-17 I was sentenced to 204 months of custody. The reason for this letter is to inform you of these recent developments in my case about my representation. On 4-14-17 I received a letter from James Mackler dated 4-11-17 ceasing his representation from my case due to his sudden inspiration to run for political office, stemming from the events in our country over past months. This letter was a great shock to me because the respect and trust I developed for James thru my very serious criminal proceeding. To only receive a letter and the motion during this very critical stage of my due process is very devastating and scary. I feel blind-sided because no mention was made when I talked to James and the new co counsel who was assigned to assist on my forfeiture issue for the first time on or about 4-4-17. I appreciate James honesty in His letter stating "I cannot give your case the full attention it deserves while running a political campaign." But to just leave me so abruptly without notice, in the hands of the co counsel who was assigned to handle my forfeiture issues is disturbing. I really feel abandoned your Honor, I don't know where to go from here. During this whole procedure all I did was rely on James profession Expertise. And now I realize why communication and requested documents been very very limited, if any. How do I obtain new counsel? When will they get appointed? Who decides who get appointed? Do the 14 days I have after my Judgement goes in

stop until I get another attorney? Is it possible you can recommend an attorney to my case? If so can I request Keeda Haynes. Her story inspired me so much and it gives situations like mine hope. Keeda was re-sentenced before you after she self surrendered to Alderson Federal Camp and did approximately 30 months. Keeda says Judge Trauger told her "That she'd probably gotten all she was going to get out of serving a prison term." Now she is an attorney for the Nashville Public Defenders office. Judge Trauger it don't take 17 years to know you will never put yourself in a predicament to come back to prison. And that you wanna make positive investments in your community. Thank you I pray for you and your family daily.

God Bless,
Benjamin Bradley