

**James E. Mackler**
Member
615.251.5569 (t)
615.251.5551 (f)
jmackler@fbtlaw.com

April 11, 2017

Benjamin E. Bradley
c/o Henderson County Detention Center
380 Borax Drive
Henderson, KY 42419

      RE:  USA v. Bradley

Dear Mr. Bradley:

      It has been an honor representing you and getting to know you and your family. I had hoped to take your case all the way through appeal as I feel strongly that you deserve to have your case heard by a higher court. Over the past months, events in our country have inspired me to run for political office. There are lot important changes that we need to make, including criminal justice reform. I cannot give your case the full attention it deserves while running a political campaign. I will be resigning from the law firm to pursue this effort. I have no choice, therefore, but to withdraw from your case and allow another attorney to take on the forfeiture and appeal. I will work to make sure that you have the best counsel possible and that they have whatever information and advice they need.

      Please find enclosed a motion that I intend to file. Again, this decision is no reflection on you or my feelings about your case. I hope that you understand and I wish you the best of luck. If you need to reach me, you can do so through Alyson at Frost Brown Todd.

      Sincerely,

      */s/ James Mackler*

      James E. Mackler

Enclosure

0132236.0629976  4816-5543-5078v2

The Pinnacle at Symphony Place | 150 3rd Avenue South, Suite 1900 | Nashville, TN 37201 | 615.251.5550
www.frostbrowntodd.com

Offices in Indiana, Kentucky, Ohio, Pennsylvania, Tennessee, Texas, Virginia and West Virginia