IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |
| ) | |

**ORDER**

The defendant has written a letter to the court, concerned that Mr. Mackler is withdrawing from representing him. To the extent that this letter requests appointment of counsel in addition to Ronald Clayton Small of the Federal Public Defenders Office, that request is DENIED. Mr. Small was added as additional defense counsel in this case upon the motion of Mr. Mackler that he had "never dealt with a forfeiture issue" and needed additional, experienced counsel to deal with this issue on behalf of the defendant (Docket No. 901). Mr. Small was, therefore, appointed and continues to represent Mr. Bradley on the forfeiture issue.

It is further ORDERED that the Clerk shall mail a copy of this Order to the defendant where he is presently housed.

It is so **ORDERED**.

ENTER this 25th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge