① 

RECEIVED
IN CLERK'S OFFICE
MAY 3 0 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

5-17-17

Dear Honorable Judge Aleta Trauger,

    I hope all is well and this letter find you in good health and spirits. I Benjamin E.H. Bradley Case 3:15-CR-0037-2 just recently received my Sentencing transcripts of the proceeding that was held in your courtroom on February 1, 2017. As I reviewed transcripts, I could not help but notice all the deception that the government used to paint to horrible image of me to the court. I really tried to move past the majority of it but its one very, very disturbing accusation that Cecil Vandevender made that I just can't ignore. Vandevender at Sentencing deliberately tried to portray to the court that I didn't care about Felicia's mother passing away and all I cared about was Using Felicia to distribute drugs. Even though Vandevender heard plenty of calls that completely contradict that accusation, he still put it on the record to deceive the court. As you can see, the two calls I enclosed call #143 and #513 is in reference to call #83 on pg.41 (T.S.L) 18-20 and continue on pg.42 (T.S.L) 1-10 that Vandevender submitted to prepare for his extreme attack of my character in his closing remarks on Pg.274 (T.S.L) 7-25. ① Call #143 was also on 1-7-2015 same day as the call Vandevender submitted but states in summary that I agreed to cover the Flowers, Obituary, etc. ② Call #513 was on 1-11-2015 and dialogue clearly display that I didn't want Felicia bothered by whoever not even myself. This is just a one of many examples of untrue accusations I want to bring to the court attention. I have requested from James Mackler former secretary Felicias Wiretap discovery after these two calls surfaced in my discovery accidently. I am almost positive there is plenty more calls that contradicts alot of the statements and evidence Vandevender presented to the court. Just for him to go that low to attack my character, I really took that

RECEIVED IN CLERKS OFFICE
MAY 3 0 2017
U.S. DISTRICT COURT
MID DIST. TENN.

offensive because regardless of Vandevender assumptions or manipulation of calls to the court, Felicia was someone over the years I grew to love. I developed a sincere relationship with her whole family also. Mrs. Jones (Felicias mother) and I had a very close relationship that didn't consist of anything ill-gotten. So her death hurt me as well and should not have been used to try to support his false accusations. Your honor, its just one more thing that I want to address that is also on pg 274 of the Sentencing Transcripts (T.S.274 6-18. He made another attack against my character because of an unexpected breif call I received on my job. Vandevender brought to the court attention my background conversation with another employee, and told them that I will get their patient in the room in a second, because we had a stroke patient. If Vandevender knew anything about being a great Cat Scan tech as I was who put there patients first always, who never had any write ups on patient care issues. He will know that a stroke protocol exam is a timed mandated study that ranks over any and every other procedure. And before another patient can enter the room the computer reconstructions must be complete and the case must be signed off. All that is done in our control room where while we sit there and wait we answer incoming calls. So how is me answering a breif unexpected call, such a defect of character. Its just amazing how someone can have such a strong assumption and opinion on something they no nothing about. Your honor, this should show that Vandevender assumptions should be reconsidered in entirety. He did it with drug amounts by taking one call, then saying "assuming" this is how many drugs he accumulate daily. Thats not right

③

Your Honor when I decided to plead and let the true evidence determine my sentence, I didn't know the government was allowed to create the worst story possible story and manipulate whatever evidence they can to make it sound good enough for the preponderance standard. I was very unaware how a sentencing go because if I knew then what I know now, I would have never let James Mackler tell me that the strategy at my sentencing was just the guarantee of what the government wasn't going to be able to prove. And that, if the government really wanted to seek that much time, I would not have been allowed to enter a plea with no amount on an indictment with no amount. I would have had to prepare for trail for the jury to find facts when those many drugs are in question. I knew my sentencing hearing was for the judge to seek finding on any enhancements the government felt applied to relevant conduct but not an amount. So hopefully my new attorney can help me understand how can the preponderance standard establish me a base offense level at sentencing, when my plea didn't have a base offense level like my 17 other co-defendants. In closing I will continue to pray for you and your family and Thank you for taking the time out to read my questions and concerns. God Bless

Respectfully,
Benjamin Bradley
B.B.