# DRUG ENFORCEMENT ADMINISTRATION

REPORT NAME : CALLS DATABASE LISTING PAGE #102
RUN DATE : 04/20/2015
RUN TIME : 10:37:10
DESCRIPTION :

INCLUSION VALUES :

Project Number : All Project Numbers
Case Number : All Case Numbers
Target : Target Number   1 : (313) 739-4494
Date : 01/01/1980 to 12/31/2099
Conversation : Pertinent
: Non Pertinent

| Call # | Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City | Dialed State | Dialed Country |
|---|---|---|---|---|---|---|---|---|---|
| 143 | (313) 739-4494 | 01/07/2015 | 21:15:44 | 00:02:00 | IN- 1-(313) 475-2007 | RICE, JOHN | NEW BOST | MI | UNITED STATES |

AUDIO All: 22:11:38 -   AUDIO On : 22:11:39 - 3137394494.T113 - 01.07.2015 AT 22.11.38.956-1.WAV   AUDIO < invalid >: 22:13:39 -
IC FROM BEN BRADLEY / UM12 TT4

FELICIA TELLS BEN SHE HAD TO PAY A LADY $300.00 FOR THE OBITUARY TODAY. BEN ASKS ABOUT FLOWERS AND ETC FOR FELICIA'S MOTHER'S FUNERAL. BEN ASKS WHAT DID THE OBITUARY AND THE FLOWERS COST. FELICIA SAID A TOTAL $1300.00. BEN AGREES TO COVER IT. VIEWING IT TOMORROW FROM 4 TO 8 AND FRIDAY FELICIAS MOTHER WILL BE AT THE THIRD NEW HOPE BAPTIST CHURCH ON PLYMOUTH & STEEL. BEN SAYS HE KNOWS WHERE THAT IS AT. BEN SAID HE WILL SEE FELICIA TOMORROW.

EOC

FDERIGGI
1-7-2015

INCLUSION VALUES :

Project Number    : All Project Numbers
Case Number       : All Case Numbers
Target            : Target Number   1 : (313) 739-4494
Date              : 01/01/1980 to 12/31/2099
Conversation      : Pertinent
                  : Non Pertinent

| Call # | Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City | Dialed State | Dialed Country |
|---|---|---|---|---|---|---|---|---|---|

BEN: ALRIGHT EVERYTHING ALRIGHT

JONES: EVERYTHING IS GOOD

BEN: ALRIGHT CALL ME AND LET ME KNOW.  UI I CUSSED DJ'S ASS OUT YESTERDAY.  HE KNOW BETTER THAN THAT SHIT. I TOLD HIM WE AINT WE AINT BOTHERING YOU TIL YOU BOTHER US

JONES: RIGHT

BEN: HE SUPPOSED TO HAVE UI (POSSIBLY SAYS LISA'S) ASS TAKE HIM OVER THERE

THEY TALK OVER EACH OTHER

BEN:  YESTERDAY.  THAT NIGGA FULL OF SHIT

JONES: RIGHT

BEN: ALRIGHT LET ME KNOW

JONES: OKAY

BEN: ALRIGHT

EOC
JDRENNON

INCLUSION VALUES :

Project Number   : All Project Numbers
Case Number      : All Case Numbers
Target           : Target Number    1 : (313) 739-4494
Date             : 01/01/1980 to 12/31/2099
Conversation     : Pertinent
                 : Non Pertinent

| Call # | Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City | Dialed State | Dialed Country |
|---|---|---|---|---|---|---|---|---|---|
| BEN: | ALRIGHT I LOVE YOU | | | | | | | | |

JONES: LOVE YOU TOO

BEN: IF YOU NEED SOMETHING CALL ME.

JONES: ALRIGHT

BEN: ALRIGHT

JONES: THANK YOU BYE BYE.

EOC

RCT
KJK

1-11-15

INCLUSION VALUES :

Project Number   : All Project Numbers
Case Number      : All Case Numbers
Target           : Target Number   1 : (313) 739-4494
Date             : 01/01/1980 to 12/31/2099
Conversation     : Pertinent
                 : Non Pertinent

| Call # | Target | Date | Time | Duration | Number Dialed | Dialed Name | Dialed City | Dialed State | Dialed Country |
|---|---|---|---|---|---|---|---|---|---|
| 513 | (313) 739-4494 | 01/11/2015 | 08:14:21 | 07:01:18 | (313) 475-2007 | RICE, JOHN | NEW BOST | MI | UNITED STATES |

AUDIO All: 17:14:20 -   AUDIO On : 17:14:21 - 3137394494.T713 - 01.11.2015 AT 17.14.20.992-1.WAV   AUDIO < invalid > : 17:15:39 -
OC 313 475 2007 BEN BRADLEY

AUNTIE SAYS SHE JUST LEFT EAST SIDE AND GAVE DJ THAT PACKAGE.  BEN SAYS HE WOULDN'T HAVE TAKEN HIM ANYTHING BECAUSE HE SHOULDN'T BE BOTHERING YOU.  BEN SAYS THAT SHE SHOULD HAVE TOLD HIM TO COME GET IT FROM HER.  AUNTIE ASKED IF BEN WANTS HER TO COME GET THAT FROM HIM TODAY.  BEN SAYS HE'S AT A BABY SHOWER, HE'LL DO IT TOMORROW.

EOC

PERUSSE 564
OC 3134752007 BEN BRADLEY

BEN: WHAT'S UP AUNTIE

FELICIA: HEY, WHATS HAPPENIN

BEN: WHATS UP WITH YOU

FELICIA: JUST LEFT FROM OVER THERE ON THE EAST SIDE TAKING D.J. THAT PACKAGE

BEN: YOU SAID WHO?

FELICIA: I SAID I JUST LEFT FROM THE EAST SIDE TAKING D.J. THAT PACKAGE

BEN: MAN, I WOULDN'T TOOK HIM SHIT, HE ISN'T SUPPOSE TO BE BOTHERING YOU RIGHT NOW

FELICIA: YEA

BEN: WHATS THE MATTER WITH THAT NIGGER, HE SHOULD HAVE TOOK, HE WAS SUPPOSE TO HAVE WENT AND GOT THAT, NIGGER TRIPPIN DOG

FELICIA: HE SAID HE AIN'T GOT NO CAR

BEN: IT DON'T MATTER, TELL HIM ON YOUR WAY OUT GRAB IT

FELICIA: WHAT (SPEAKING TO SOMEONE IN BACKGROUND)

BEN: MAN, I WOULDN'T TOOK HIM SHIT, HE ISN'T SUPPOSE TO BE BOTHERING YOU RIGHT NOW

FELICIA: YEA

BEN: YOU ALRIGHT?

FELICIA: YEA, I'M HANGING IN THERE.  YOU WANT ME TO COME GET THAT FROM YOU TODAY?

BEN: UH, SHIT, I WAS OVER EAST SIDE, DEEP EAST, DEEPER THAN YOU.  I'M DOWN HERE BY THE MARINA, SHIT, AT A BABY SHOWER.