UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:15-00037-2 |
| | ) | JUDGE TRAUGER |
| | ) | |
| BENJAMIN EDWARD HENRY BRADLEY | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Benjamin Edward Henry Bradley appeals to the United States Court of Appeals for the Sixth Circuit from the Order of Forfeiture entered on the 22nd day of June, 2017 (R. 1005) and the Judgment entered on the docket on the 23rd day of June, 2017. (R. 1006).

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Benjamin Edward Henry Bradley

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2017, I electronically filed the foregoing **Notice of Appeal** with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Cecil W. VanDevender and Debra Teufel Phillips, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Ronald C. Small*
RONALD C. SMALL