Motion DENIED as moot.

*/s/ Aleta A. Trauger*

6-19-17

Honorable Judge Aleta Trauger: 3:15-cr-37-2

Can I request an ex parte hearing before my judgement is submitted? Again, I feel a lack of communication between my attorney and I about issues I'm in question of pertaining my Constitutional rights. Also I'm not being involved or briefed on any motions submitted on my behalf which I feel my input should at least be considered and not undermined. THANK you

Respectfully,
Benjamin Bradley
B.B.

RECEIVED
IN CLERK'S OFFICE
JUN 27 2017
U.S. DISTRICT COURT
MID. DIST. TENN.