# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |

## ORDER

The defendant's Motion to Reconsider Order of Forfeiture (Docket No. 1011) is DENIED AS MOOT. The defendant filed a Notice of Appeal of this court's Forfeiture Order on June 23, 2017 (Docket No. 1008). Therefore, this matter is presently before the appellate court.

It is so **ORDERED**.

ENTER this 10th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge