IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |
| ) | |

## ORDER

This court's Order of Forfeiture (Docket No. 1005) is presently on appeal (Docket No. 1008). However, given the contents of the Motion for Reconsideration filed by defense counsel (Docket No. 1011) and the defendant's own *pro se* Motion to Reconsider Forfeiture Ruling (Docket No. 1017), it is hereby ORDERED that this court's Order of Forfeiture (Docket No. 1005) is hereby STAYED, pending a decision by the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

ENTER this 17th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge