RECEIVED
IN CLERK'S OFFICE

AUG 0 4 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

7-28-17

Dear Honorable Judge Trauger,

    I Benjamin Bradley case No. 3:15-00037-2. There is a major conflict with my appointed counsel Ronald Small and its beyond repair. I have not talked to Ronald Small since June 26, 2017 after He (Ronald Small) informed me that if He (Ronald Small) had to put in a motion to reconsider my forfeiture ruling (DOC 1004, DOC 1005) upon my request then He (Ronald Small) will be withdrawing from representing me any further. So after receiving Ronald Small's motion to reconsider that was denied as moot (DOC 1012) that was submitted without my knowledge or input. My assumption based on our last conversation and the fact it has been absolutely no communication at all between us since that He (Ronald Small) was withdrawing as counsel. I have been constantly calling the Federal Public Defender Office but Ronald Small is never available and my only option is to leave multiple voicemails and try to be respectfully considerate while waiting on a timely response. I have requested case laws, several court documents from Ronald Small and received nothing or no response. I am worried because my initial appeal brief is fast approaching with a due date of August 21, 2017 and neither Attorney Ronald Small or Andrew C. Brandon has communicated with me one time since the Appearance of Counsel was filed on July 10, 2017. I don't know what else to do, and I don't feel like these attorneys can zealously represent me with conflict free counsel in these critical stages of my criminal proceeding. This is my second time putting the court on notice about a conflict

With my current appointed Counsel Ronald Small. (Doc 1010)

Thank you,
Benjamin Bradley
B.B.