UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) Case No. 3:15-cr-00037<br>) HON. ALETA A. TRAUGER |
| vs. | )<br>) |
| BENJAMIN EDWARD HENRY BRADLEY | )<br>) |
| Defendant. | )<br>) |

_____/

**KAREEMA HAWKINS**
**Petitioner / Claimant, In Pro Per**
45669 Harmony Lane
Belleville, Michigan 48111
Telephone: (248) 285-0362
Email: kareemakay@icloud.com

_____/

## PETITION FOR HEARING TO ADJUDICATE THE VALIDITY OF INTEREST IN THE REAL ESTATE PROPERTY LOCATED AT 45669 HARMONY LANE, BELLEVILLE, MICHIGAN 48111

**NOW COMES** the Petitioner, **Kareema Hawkins,** In Pro Per, who claims interest in the real estate property located at **45669 Harmony Lane, Belleville, Michigan 48111** (hereinafter "the Property"), and further states as follows;

1. Petitioner, **Kareema Hawkins**, is the spouse of **Benjamin Edward Henry Bradley**. She acquired a leasehold interest in the Property in 2012 and continuously and currently has leasehold interest in said Property. The Property is the primary residence of Petitioner and her three minor children.

2. Petitioner, with children, has resided exclusively and continuously at the Property located at **45669 Harmony Lane, Belleville, Michigan 48111** since 2012. Petitioner married **Benjamin Edward Henry Bradley** on January 29, 2006 and was not implicated in any criminal activity.

3. Since acquiring a leasehold interest in the Property, and throughout her marriage, Petitioner exercised exclusive possession, made repairs and improvements, paid all utilities and the taxes on the said Property.

4. The Property is not traceable to the proceeds of any criminal offense involving **Benjamin Edward Henry Bradley**, who has no interest whatsoever; his name is not in the chain of title, nor does he have any claims or a leasehold or interest in the Property.

5. Petitioner asserts that her leasehold interest as well as her marital interest (innocent spouse) that is separate to any interest that **Benjamin Edward Henry Bradley** has in the Property should it be determined that he has some legal interest.

-2-

Case 3:15-cr-00037   Document 1055   Filed 10/06/17   Page 2 of 9 PageID #: 4166

6. Petitioner's leasehold interest in the Property was acquired during her marriage to **Benjamin Edward Henry Bradley**, who prior to his incarceration resided at the location.

7. The Property is the primary residence of Petitioner and her minor children and that should the validity of her interest not be recognized Petitioner would be deprived as well as her three minor children of a means to maintain reasonable shelter.

**WHEREFORE**, for all of the above reasons, Petitioner, **Kareema Hawkins**, respectfully requests this Honorable Court adjudicate the validity of Petitioner's interest in the real estate property located at **45669 Harmony Lane, Belleville, Michigan 48111**.

Respectfully submitted,

/s/ Kareema Hawkins

*Dated*: **October 5, 2017**

**KAREEMA HAWKINS**
**Petitioner / Claimant, In Pro Per**
45669 Harmony Lane
Belleville, Michigan 48111
Telephone: (248) 285-0362
Email: kareemakay@icloud.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:15-cr-00037 |
| vs. | ) HON. ALETA A. TRAUGER |
| BENJAMIN EDWARD HENRY BRADLEY | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, **Kareema Hawkins**, hereby certify that on **October 5, 2017**, I served the following Papers:

**Petition for Hearing to Adjudicate the Validity of Interest in the Real Estate Property Located at 45669 Harmony Lane, Belleville, Michigan 48111**

upon all the interested parties in this matter, by electronic ECF email and First Class U.S Mail addressed to **Assistant United States Attorney, Debra T. Phillips, 110 Ninth Avenue, South, Suite A-961, Nashville, TN 37203-3870.**

Respectfully submitted,

By: /s/ Kareema Hawkins

*Dated:* **October 5, 2017**

**KAREEMA HAWKINS**
**Petitioner/ Claimant, In Pro Per**
45669 Harmony Lane
Belleville, Michigan 48111
Telephone: (248) 285-0362
Email: kareemakay@icloud.com

# Michigan Department of Energy, Labor & Economic Growth

## Filing Endorsement

This is to Certify that the ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)

for

**KRIKOR HOLDING LLC**

ID NUMBER: D3070E

received by facsimile transmission on August 17, 2009 is hereby endorsed

Filed on August 17, 2009 by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 17TH day of August, 2009.

, Deputy Director

Bureau of Commercial Services

Sent by Facsimile Transmission 09229



MICHIGAN.GOV
Michigan's Official Web Site

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** KRIKOR HOLDING LLC
**ID Num:** D3070E
**Name:** KRIKOR HOLDING LLC
**Type:** Domestic Limited Liability Company
**Resident Agent:** MAJID KRIKOR
**Registered Office Address:** 24330 ANN ARBOR TRAIL    DEARBORN HEIGHTS   MI   48127
**Mailing/Office Address:**
**Formation/Qualification Date:** 8-17-2009
**Jurisdiction of Origin:** MICHIGAN
**Managed by:** Members
**Status:** ACTIVE    **Date:** Present

View Document Images

Return to Search      New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2017 State of Michigan

Case 3:15-cr-00037   Document 1055   Filed 10/06/17   Page 6 of 9   PageID #: 4170

http://w1.lara.state.mi.us/businessentitysearch/dt_llc.asp?id_nbr=D3070E&name_entity=KRIKOR%20HOLDING%20LLC    1/1

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU
LIMITED LIABILITY COMPANY ANNUAL STATEMENT

# 2017

| Identification Number | Limited Liability Company Name |
|---|---|
| D3070E | KRIKOR HOLDING LLC |

Resident agent name and mailing address of the registered office
**MAJID KRIKOR**

MI

The address of the registered office
**24330 ANN ARBOR TRAIL**

**DEARBORN HEIGHTS MI 48127**

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| MAJID KRIKOR | MEMBER | 3133590500 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 12/05/2016 16:46:21 | 71315 6802 D3070E 2017 |

Required by Section 207, Act 23, Public Acts of 1993

## INFORMATION & INSTRUCTIONS

**Annual Statement must be signed in accordance with MCL 450.4103.**

**For Domestic Limited Liability Companies** - It may be signed by a member, if managed by members, by a manager if managed by managers, or by an authorized agent of the company.

**For Foreign Limited Liability Companies** - Must be signed by a person with authority to do so under the laws of the jurisdiction of its organization.

Kareema Hawkins
45669 Harmony Lane
Belleville MI 48111

RECEIVED
IN CLERK'S OFFICE
OCT 06 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk of The Court
United States District Court
801 Broadway, Suite 800
Nashville, TN 37203

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

RECEIVED
IN C_____FICE
OCT 06 2017
U.S. DISTRICT COURT
MID. DIST TENN.

FOR DOMESTIC AND INTERNATIONAL USE

**FROM:** Kaceema Hawkins
45669 Harmony Lane
Belleville MI 48111

**TO:** Clerk of The Court
United States District
Court 101 Broadway Suite
800 Nashville TN
37203-

EL619752017US

EP13F July 2013  OD: 12.5 x 9.5

PS10001000006