

*110 9th Avenue South*
*Suite A-961*
*Nashville, Tennessee 37203-3870*
*Telephone (615) 736-5151*
*Fax (615) 401-6626*

September 5, 2017

Ms. Cheryl Bradley
15540 Prevost Street
Detroit, MI 48227

      Re:    Notice of Third Party Claimant Procedure for
              Property Forfeited in United States v. Benjamin Bradley
              Case Number 3:15CR00037

Dear Ms. Bradley:

      The United States District Court for the Middle District of Tennessee has ordered that certain property belonging to the Defendant Benjamin Bradley in the above-styled criminal case be forfeited to the United States. The enclosed Notice of Forfeiture describes the property subject to forfeiture and the procedure for filing a petition against the property in which you may have a legal right, title or interest.

      By receipt of this letter, you are given actual notice of the forfeiture of the property referred to in the enclosed Notice of Forfeiture and of your right to assert a claim to them. This Notice is intended only to apprize you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

      The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2) a person intending to file a petition must do so in the above-styled case within thirty (30) days of his/her receipt of the Notice of Forfeiture by mail or within 30 days of the last date of publication of the Preliminary Order of Forfeiture on-line at "www.forfeiture.gov," the official internet government forfeiture site, which publishes for 30 consecutive days, whichever is earlier. As of the date of this letter, the Notice of Forfeiture has not yet been published for the last time; therefore, you will likely have 30 days from receipt of his letter in which to file a claim.

Your petition must be filed under the above case name and number in the United States District Court for the Middle District of Tennessee with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed Notice of Forfeiture. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

If you choose to file a petition, you are hereby noticed that you are required to take all necessary steps to ensure that any and all potentially relevant evidence including electronically stored information is preserved.

Sincerely,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee


Debra T. Phillips
Assistant United States Attorney

DTP/dk
Enclosures
     Preliminary Order of Forfeiture
     Notice of Forfeiture