9-18-2017

Honorable Judge Aleta A. Trauger,

    Hello. How are you? I hope this letter finds you in good health and spirits. My name is Benjamin Edward H. Bradley, Case Number 3:15CR00037. Judge Trauger, can you please inform the United States Attorney Office that the (Doc. 1005) orders you granted to (Doc. Nos. 858, 861) is <u>ordered</u> to be <u>stayed</u> (Doc. 1018) pending a decision by the Sixth Circuit Court of Appeals? I was informed that the United States Attorney Office intends to publish the Notice of Forfeiture within thirty (30) days of the letter that was sent out September 5, 2017. Thank you and God Bless.

Respectfully,

*Benjamin Bradley*

**RECEIVED**
IN CLERK'S OFFICE

OCT 0 2 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |
| ) | |

## ORDER

This court's Order of Forfeiture (Docket No. 1005) is presently on appeal (Docket No. 1008). However, given the contents of the Motion for Reconsideration filed by defense counsel (Docket No. 1011) and the defendant's own *pro se* Motion to Reconsider Forfeiture Ruling (Docket No. 1017), it is hereby ORDERED that this court's Order of Forfeiture (Docket No. 1005) is hereby STAYED, pending a decision by the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

ENTER this 17th day of July 2017.

ALETA A. TRAUGER
U.S. District Judge