IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00037-2 |
| | ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY | ) | |
| | ) | |

## ORDER

The forfeiture proceedings in this case have been stayed, pending the outcome of the appeal. (Docket No. 1018). The government has conceded that it has made errors in the notices sent out about the forfeiture in this case (Docket No. 1059), which errors gave rise to the Petition filed by Kareema Hawkins (Docket No. 1055) and the letter to the court filed by the defendant (Docket No. 1054). The government is proposing to correct these errors in order to effectuate the stay already issued by the court. It is therefore ORDERED that the Petition for Hearing to Adjudicate the Validity of Interest in the Real Estate Property Located at 45669 Harmony Lane, Belleville, Michigan 48111 (Docket No. 1055) is DENIED without prejudice to Ms. Hawkins renewing her claim when the stay of the forfeiture proceedings is lifted.

It is so **ORDERED**.

ENTER this 12th day of October 2017.

_____
ALETA A. TRAUGER
U.S. District Judge