1              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
2                  NASHVILLE DIVISION

3

4    UNITED STATES OF AMERICA      )
                                   )
5    VS                            )   No. 3:15-cr-0037-2
                                   )
6    BENJAMIN EDWARD HENRY BRADLEY)
     _____

7

8     BEFORE THE HONORABLE E. CLIFTON KNOWLES, MAGISTRATE

9                          JUDGE

10        **TRANSCRIPT OF ELECTRONIC RECORDING**

11                     May 7, 2015

12   _____

13   <u>APPEARANCES</u>:

14   For the Government:      CECIL VanDEVENDER
                             Asst. U.S. Attorney
15                           110 Ninth Ave S., Suite A961
                             Nashville, TN 37203
16

17   For the Defendant:      JAMES MACKLER
                             Frost Brown Todd
18                           150 Third Avenue South
                             Suite 1900
19                           Nashville, TN 37201

20

     _____
21
     PREPARED FROM **ELECTRONIC RECORDING** BY:
22
     **Roxann Harkins, RPR, CRR**
23   Official Court Reporter
     801 Broadway, Suite A837
24   Nashville, TN 37203
     615.403.8314.
25   roxann_harkins@tnmd.uscourts.gov

1

2          The above-styled cause came to be heard

3   on May 7, 2015, before the Hon. E. Clifton Knowles,

4   Magistrate Judge, when the following proceedings were

5   had to-wit:

6

7              **TRANSCRIPT OF ELECTRONIC RECORDING**

8                          **\*\*\***

9

10          THE COURT:  ...0037-2, *United States*

11  *versus Benjamin Edward Henry Bradley*.  We're here for

12  a first appearance for Mr. Bradley in this court.  As

13  I understand it, Mr. Bradley was indicted in this

14  district, was arrested in the Eastern District of

15  Michigan, had a detention hearing in the Eastern

16  District of Michigan and was ordered detained by the

17  judge up there, is that --

18          MR. VanDEVENDER:  That's correct,

19  Your Honor.

20          MR. MACKLER:  That's our understanding.

21          THE COURT:  Thank you, Counsel.

22          Well, I will dispense with the discussion

23  of the charges against him.  Mr. Bradley, have you

24  received a copy of the document called Important

25  Notice and Explanation of Rights and Proceedings?

1            THE DEFENDANT:  Yes.

2            THE COURT:  That document discusses some

3    important rights that you have.  It also discusses

4    some of the proceedings that are likely to occur in

5    your case.  I would encourage you to read that

6    document sometime when you have a chance, sir.  If you

7    have any questions about the matters discussed in that

8    document, please ask your lawyer about your questions.

9            You do have some significant rights that

10   I want to emphasize for you this afternoon.  First,

11   you have the right to counsel.  You have a right to be

12   represented by a lawyer throughout these proceedings.

13   You have a right to a lawyer of your own choosing.

14   You may hire any lawyer who is authorized to practice

15   in this court, to represent you in this case.

16            If you cannot afford a lawyer, the court

17   can appoint one for you upon your request and upon

18   considering your financial circumstances, if it is

19   appropriate to do so.  You have submitted a financial

20   affidavit, and I understand that you would like for me

21   to appoint a lawyer for you; is that right, sir?

22            THE DEFENDANT:  Yes.

23            THE COURT:  Raise your right hand,

24   please.  Do you solemnly swear or affirm that the

25   statements you have made in the financial affidavit

1  you have submitted to the Court this afternoon are

2  true and correct to the best of your knowledge and

3  belief?

4          THE DEFENDANT:  Yes.

5          THE COURT:  I will appoint the Office of

6  the Federal Public Defender to represent you in this

7  case, and Mr. Mackler will be your panel attorney.

8          Mr. Bradley, you also have the right to

9  remain silent.  You have a right not to make any

10  statement to any agent or representative of the

11  government.  If you've already made a statement to an

12  agent or representative of the government, you need

13  not make any further statement.

14          If in the future you begin to make a

15  statement to an agent or representative of the

16  government, you may stop making that statement at any

17  point.  If you do make a statement to an agent or

18  representative of the government, that statement can

19  and probably will be used against you.

20          Do you understand those rights, sir?

21          THE DEFENDANT:  Yes.

22          THE COURT:  Thank you, sir.

23          Mr. Mackler, would you like to go ahead

24  with the arraignment today?

25          MR. MACKLER:  Yes, Your Honor.

1                    THE COURT:  All right.  He has received a

2    copy of the indictment in the case?

3                    MR. MACKLER:  Yes, he has, Your Honor.

4                    THE COURT:  Would he waive formal

5    reading?

6                    MR. MACKLER:  Yes, Your Honor.

7                    THE COURT:  How does he plead?

8                    MR. MACKLER:  Not guilty.

9                    THE COURT:  The Court will accept the

10   plea of not guilty on behalf of the defendant Benjamin

11   Bradley to all counts of the indictment.  And he will

12   remain detained, obviously.

13                   Anything further on Mr. Bradley?

14                   MR. VanDEVENDER:  Not from the

15   government, Your Honor.

16                   MR. MACKLER:  Not from defense.

17                   THE COURT:  Thank you, Counsel.  Court

18   will be in recess.

19              ***END OF ELECTRONIC RECORDING***

20

21

22

23

24

25

1          **REPORTER'S CERTIFICATE**

2

3          I, Roxann Harkins, Official Court Reporter

4     for the United States District Court for the Middle

5     District of Tennessee, in Nashville, do hereby

6     certify:

7          That I transcribed from **electronic recording**

8     the proceedings held on May 7, 2015, in the matter of

9     UNITED STATES OF AMERICA v. BENJAMIN EDWARD HENRY

10    BRADLEY, Case No. 3:15-cr-0037-2; that said

11    proceedings in connection with the hearing were

12    reduced to typewritten form by me; and that the

13    foregoing transcript is a true and accurate transcript

14    of said proceedings.

15

16          This is the 18th day of October, 2017.

17

18                    s/ Roxann Harkins_____
                      ROXANN HARKINS, RPR, CRR
19                    Official Court Reporter

20

21

22

23

24

25