RECEIVED
IN CLERK'S OFFICE

OCT 3 0 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

October 25, 2017

I, Benjamin Bradley, Case No. 3:15-00037-2, respectfully submit this letter to request immediate release of seized property. One (1) SSEE containing a silver Apple iPhone 6 Plus with an otter box case and charger (Exhibit #N-177 on the DEA Form 7a was seized as non-drug evidence during a search warrant that was conduct at 45669 Harmony Lane, Belleville, Michigan 48111). I have possessory interest in the above described item and it was not used as evidence of a violation of the law and the government never sought order to forfeit the item. God Bless.

Thank you.

RECEIVED
IN CLERK'S OFFICE

OCT 3 0 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

Sincerely,

Benjamin Bradley
#50878-039
FCI Milan
P.O. Box 1000
Milan, MI 48160

RECEIVED
IN CLERK'S OFFICE

OCT 3 0 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*

**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 03-17-2015 | 2. Case Number: ▓▓▓▓ | 3. File Title: ▓▓▓▓ | | 4. GDEP #: ▓▓▓▓ |
|---|---|---|---|---|
| 5. Group Number: TDS | 6. Program Code: | 7. Date taken Into DEA Custody: 03-12-2015 | 8. Where obtained (Country, City, State) Belleville, MI | |

| 9. Basis: | 10. Type: |
|---|---|
| ☒ Evidence | ☐ Cash or other Monetary |
| ☐ Forfeiture | ☐ Recovered Official Advanced Funds, OAF |
| ☐ Transfer In from Another Agency/DEA Office | ☒ Property * |
| ☐ Temporary Custody | ☐ Title III-Related |
|    ☐ Safekeeping | ☐ Other (Specify) _____ |
|    ☐ Transfer to Another Agency/DEA Office | |

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____ .
☐ No. Explain: _____ .

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-177 | One (1) SSEE containing a silver Apple Iphone 6 plus with an otter box case and charger seized from 45669 Harmony Lane on March 12, 2015. | |
| N-178 | One (1) SSEE containing a black Verizon Samsung flip phone, MEID HEX # A0000048DB3F90, seized from 45669 Harmony Lane on March 12, 2015. | |
| N-179 | One (1) SSEE containing a Verizon LG cellular telephone, serial #410CYYQ0126826, seized from 45669 Harmony Lane on March 12, 2015. | |
| N-180 | One (1) SSEE containing a Verizon LG cellular telephone, serial #305CYCV0106355, seized from 45669 Harmony Lane on March 12, 2015. | |
| N-181 | One (1) SSEE containing a Verizon LG cellular telephone, serial #412CYCV0168603, seized from 45669 Harmony Lane on March 12, 2015. | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ If none, explain: _____ .

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:
On March 12, 2015 a search warrant was conducted at 45669 Harmony Lane, Belleville, Michigan by federal, state, and local law enforcement. During a search of the residence, an Apple Iphone was located in the upstairs master bedroom, and four (4) cellular telephone were located in a basket of the entry foyer to the residence, now identified as N-177 through N-181. All cellular telephones were located by TFO Jay Anderson and seized by SA John Krieger. The exhibits were placed in the Detroit Field Division temporary storage locker for safekeeping on March 12, 2015. On March 14, 2015, TFO Frank Deriggi and TFO Robert Teasley took custody of said exhibits from the Detroit Field Division Office and maintained same until submitting them to the non drug evidence custodian on the date indicated below.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Robert C Teasley, TFO | 18a. Type/Print Name of Supervisor: /s/ Billy J Mundy, GS |
|---|---|
| 17b. Signature and Date:      03-17-2015 | 18b. Signature and Date:      03-20-2015 |

## EVIDENCE CUSTODIAN RECEIPT REPORT

| 19. Received from: | ▓▓▓▓ |
|---|---|
| Type/Print Name: Robert C Teasley | Signature and Date: |
| 20. Received by: | ▓▓▓▓ |
| Type/Print Name: Shelia Durham | Signature and Date: |
| 21. Date Entered Into ENEDS/CERTS: | ▓▓▓▓ |

DEA Form 7a (10/07) (Previous editions are obsolete)

Case 3:15-cr-00037 Document 1064 Filed 10/30/17 Page 2 of 3 PageID #: 4194

7430550

Benjamin Bradley
NAME
50878039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

26 OCT 2017 PM 14 L

⟺50878-039⟺
Clerk Of The Court
801 Broadway
Suite 800
Nashville, TN 37203
United States

RECEIVED
IN CLERK'S OFFICE

OCT 30 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

37203-385500