UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-00037 |
| | ) | Judge Trauger |
| BENJAMIN BRADLEY | ) | |

## ORDER

Pending before the court is a letter from the Defendant requesting the return of seized property (Docket No. 1064). The Government shall file a response to the request on or before November 28, 2017.

It is so **ORDERED.**

ENTER this 15th day of November 2017.

_____
ALETA A. TRAUGER
U.S. District Judge