UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cr-00037-2 |
| | ) | |
| BENJAMIN BRADLEY, | ) | Judge Trauger |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RESPONSE TO LETTER REGARDING SEIZED PROPERTY

Defendant Benjamin Bradley has submitted a pro se letter requesting the return of "a silver Apple iPhone 6 Plus" that was seized from his house during the execution of a search warrant. (DE# 1064.) The Court has directed the government to respond. (DE# 1067.) After discussing the request with the DEA case agent, the government will return the iPhone in question; the only remaining question pertains to logistics.

Normally, when evidence is returned to a defendant after a case has concluded, the defendant's attorney (or another representative) picks up the evidence from the DEA and signs appropriate paperwork to acknowledge receipt of the property. Here, however, Bradley does not presently have a local attorney. As such, the DEA will send the iPhone in question to the DEA office in Detroit, and the undersigned will contact Bradley's appellate attorney in Michigan, so that the appellate attorney can make arrangements to meet with the DEA in Detroit (either personally or through a representative) in order to pick up and sign for the iPhone.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

*s/ Cecil W. VanDevender*
Cecil W. VanDevender
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, I sent a copy of the foregoing via U.S. mail to:

Benjamin Edward H. Bradley
Reg. No. 50878-039
FCI Milan
P.O. Box 1000
Milan, Michigan 48160

*s/ Cecil VanDevender*
CECIL VANDEVENDER