UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-00037 |
| | ) | Judge Trauger |
| BENJAMIN BRADLEY | ) | |

**ORDER**

Pending before the court is a letter from the Defendant requesting the return of an Apple Iphone 6 Plus, OtterBox case, and charger that were seized during the execution of a search warrant at 45669 Harmony Lane, Belleville, Michigan, 48111. (Docket No. 1064). The Government has filed a Response (Docket No. 1069) indicating that it is arranging to return the phone to the Defendant's appellate counsel in Michigan for return to the Defendant.

As the Government does not object to the Defendant's request, it is ordered to return the property requested by the Defendant in the manner described in its Response.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge