RECEIVED
IN CLERK'S OFFICE

FEB 0 6 2018

U.S. DISTRICT COURT
MID. DIST. TENN.

February 1, 2018

RE: Docket Entry 1007

To whom it may concern,

    I, Benjamin Bradley, Case Number 3:15-cr-00037-2, respectfully request a copy of Docket Entry 1007 Statement of Reasons. I also request that it be unsealed. Thank you for your time and assistance in this matter. God bless you.

Sincerely,

Benjamin Bradley
FCI Milan
P.O. Box 1000
Milan, MI 48160

Benjamin Bradley

NAME

50878039

REG. NO.

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000

MILAN, MICHIGAN 48160

METROPLEX MI 480

02 FEB 2018 PM 9 L

RECEIVED
IN CLERK'S OFFICE

FEB 0 6 2018

U.S. DISTRICT COURT
MID. DIST. TENN.

⟺50878-039⟺
Clerk Of The Court
801 Broadway
Suite 800
Nashville, TN 37203
United States

37203-986800