IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:15-cr-0037 |
| BENJAMIN BRADLEY, | ) Judge Aleta A. Trauger |
| | ) |
| Defendant. | ) |

**ORDER**

On February 6, 2018, defendant Benjamin Bradley submitted a letter, construed as a motion requesting a copy of a document, ECF No. 1007, filed under seal in this action. (ECF No. 1082.) The defendant is represented by counsel on appeal. On September 13, 2017, the Sixth Circuit Court of Appeals appointed Ms. Melissa M. Salinas, Michigan Clinical Law Program, University of Michigan, 801 Monroe Street, 363 Legal Research Building, Ann Arbor, MI 48109 to represent defendant on appeal. (ECF No. 1035.) On September 22, 2017, counsel filed an appearance form and ordered transcripts on appeal in case number 17-5725 before the Sixth Circuit Court of Appeals. Because the defendant is represented by counsel, "that counsel speaks for the defendant in all proceedings, absent some unusual circumstance." *United States v. Davis*, 373 F. Supp. 2d 788, 789 (E.D. Tenn. 2005). As such, defendant should communicate with his counsel, and not the court, with respect to any issues that he may have regarding his case.

Accordingly, the defendant's letter construed as a motion requesting a copy of a sealed document is **DENIED**. The Clerk is DIRECTED to send a copy of the defendant's letter (ECF

No. 1082) and this order to the defendant's appellate counsel so that she may assist the defendant in resolving this issue. The defendant is advised that any further pleadings filed in this case must be filed by his counsel, and not by the defendant acting *pro se*.

It is so **ORDERED**.

ENTER this 21st day of February 2018.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE