Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 3:15-cr-00037-2** |
| | ) | |
| **BENJAMIN BRADLEY,** | ) | **Judge Trauger** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO SUPPLEMENT**
**ELECTRONIC RECORD FOR PURPOSES OF APPEAL**

The United States respectfully moves the Court to enter an order making the attached documents part of the electronic record in this case for purposes of appeal. The documents were all introduced into evidence as exhibits at Defendant Benjamin Bradley's sentencing hearing, held on February 1, 2017. Bradley's case is now pending before the Sixth Circuit, and Bradley's appellate counsel recently asked the undersigned for assistance in obtaining copies of the sentencing exhibits. The undersigned has sent scanned, electronic copies of the paper exhibits to Bradley's appellate counsel, and has separately sent hard copies of the discs containing the wiretap calls that were introduced into evidence. The government now moves to make scanned copies of the paper exhibits part of the electronic record, so that the parties and the Sixth Circuit may refer to them in the pending appeal. The undersigned has corresponded with Bradley's appellate counsel, who has no objection to this motion.

The attached documents are as follows, and are presented in the same order, and with the same description, as the Court's Exhibit and Witness List (DE# 874):