# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 01, 2018

Ms. Sinéad Redmond
Univerity of Michigan Law School
Law Student
Ann Arbor, MI 48109

Ms. Melissa M. Salinas
Michigan Clinical Law Program
University of Michigan
801 Monroe Street
363 Legal Research Building
Ann Arbor, MI 48109

Mr. Cecil Woods VanDevender
Office of the U.S. Attorney
110 Ninth Avenue, S.
Suite A-961
Nashville, TN 37203

      Re: Case No. 17-5725, *USA v. Benjamin Bradley*
           Originating Case No. : 3:15-cr-00037-2

Dear Counsel,

   The Court issued the enclosed opinion today in this case.

                                Sincerely yours,

                                s/Cathryn Lovely
                                Opinions Deputy

cc: Mr. Keith Throckmorton

Enclosure

Mandate to issue