# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 19, 2018

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 17-5725, *USA v. Benjamin Bradley*
     Originating Case No. : 3:15-cr-00037-2

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Robin L. Johnson
                                        Case Manager
                                        Direct Dial No. 513-564-7039

cc:  Ms. Melissa M. Salinas
     Mr. Cecil Woods VanDevender

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-5725
_____

Filed: October 19, 2018

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BENJAMIN EDWARD HENRY BRADLEY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/01/2018 the mandate for this case hereby issues today.

COSTS: None