IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00037-2 |
| | ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY | ) | |
| | ) | |

## ORDER

The Sixth Circuit Court of Appeals has remanded this case for a new determination of the proper amount of forfeiture (Docket No. 1104). The Mandate has now issued (Docket No. 1107).

It is hereby ORDERED that the Federal Public Defender shall appoint counsel for this defendant, and a status conference will be held on November 29, 2018 at 11:00 a.m. with counsel for the parties. The defendant's personal presence at this status conference is excused.

It is so **ORDERED**.

ENTER this 7th day of November 2018.

_____
ALETA A. TRAUGER
U.S. District Judge