```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION


UNITED STATES OF AMERICA    )
                            )
VS                          )   No. 3:15-cr-037-2
                            )
BENJAMIN EDWARD HENRY BRADLEY)
_____



   BEFORE THE HONORABLE ALETA A. TRAUGER, DISTRICT JUDGE

                TRANSCRIPT OF PROCEEDINGS

                    November 29, 2018
_____
```

_____

**Roxann Harkins, RPR, CRR**
Official Court Reporter
801 Broadway, Suite A837
Nashville, TN 37203
615.403.8314
roxann_harkins@tnmd.uscourts.gov

```
 1   APPEARANCES:

 2   For the Government:    CECIL VanDEVENDER
                            Asst. U.S. Attorney
 3                          110 Ninth Ave S., Suite A961
                            Nashville, TN 37203
 4

 5   For the Defendant:     ROBERT LYNN PARRIS
                            200 Jefferson Avenue, Ste 1500
 6                          Memphis, TN 38103

 7
     (via phone)            MELISSA M. SALINAS
 8                          University of Michigan Law
                               School
 9                          363 Legal Research Building
                            801 Monroe Street
10                          Ann Arbor, MI 48109

11
     (via phone)            DAVID B. SMITH
12                          108 North Alfred Street
                            First Floor
13                          Alexandria, VA 22314

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                    The above-styled cause came to be heard
 3    on November 29, 2018, before the Hon. Aleta A.
 4    Trauger, District Judge, when the following
 5    proceedings were had at 11:06 a.m. to-wit:
 6
 7                    THE COURT:  Good morning.  We're here on
 8    a status conference in United States versus Benjamin
 9    Bradley.  We have for the government Cecil
10    VanDevender.  Good morning.
11                    MR. VanDEVENDER:  Good morning,
12    Your Honor.
13                    THE COURT:  And for Mr. Bradley we have
14    in the courtroom Robert Parris from Memphis.  And then
15    I understand we have on the phone David Smith in
16    Alexandria, Virginia; is that right?
17                    MR. SMITH:  Yes, Your Honor.  I'm having
18    great difficulty hearing what's going on, so if
19    everyone could speak into the microphone, I think I'll
20    be able to hear properly.
21                    THE COURT:  Okay.  I'll try to --
22                    MR. SMITH:  Otherwise it doesn't work.
23                    THE COURT:  Very good.  And we also have
24    Melissa Salinas from Ann Arbor.  And she has with her
25    a law student, Emerson Bursis; is that right?
```

1          MS. SALINAS:  That's right, Your Honor.
2    Thank you.
3          THE COURT:  Okay.  Have you-all had any
4    discussions about how you wish to approach the issues
5    that were remanded in terms of the forfeiture
6    fact-finding in terms of Mr. Bradley's involvement in
7    this conspiracy?
8          Mr. VanDevender looks like he has
9    something to say, he's coming to the podium.  And he
10   will speak into the microphone.
11         MR. VanDEVENDER:  Thank you.  Good
12   morning, Your Honor.  We have had a brief email
13   exchange and then Mr. Parris and I have chatted a
14   little bit.  As I understand it, the defendant intends
15   to file a motion to dismiss the forfeiture
16   allegations.  And there's been some discussion of kind
17   of the timing for the briefing of that.
18         At the same time we've had some very
19   preliminary discussions about whether there might be a
20   possibility of resolving the outstanding forfeiture
21   issues with an agreed resolution.
22         And so I think what we might propose is
23   basically set a briefing schedule that would allow
24   both the brief to be completed and allow the parties a
25   little bit of time just to kind of see if adjudication

```
 1    of that might be avoided.
 2              So perhaps I'd propose maybe the
 3    defendant's brief filed in early to midJanuary in
 4    light of the holidays, then maybe give us 30 days to
 5    respond.  But I'm flexible if the Court had other
 6    ideas.
 7              THE COURT:  Okay.  Who will be filing
 8    this motion, Mr. Parris or Ms. Salinas or whom?
 9              MS. SALINAS:  That would be me.
10              THE COURT:  Okay.
11              MS. SALINAS:  The law clinic.  Yeah, I
12    will file that.
13              THE COURT:  All right.  And so how about,
14    do you want to say by January 11 you would file the
15    motion?
16              MS. SALINAS:  That's fine, Your Honor.
17    Thank you.
18              THE COURT:  Okay.  And then the
19    government wants 30 days to respond.  Is that right,
20    Mr. VanDevender?
21              MR. VanDEVENDER:  Yes, please,
22    Your Honor.
23              THE COURT:  That's fine.  And then I'll
24    give -- Ms. Salinas, I'll give you 14 days to file a
25    reply.  I often find replies very helpful.
```

1          MS. SALINAS:  Thank you.
2          THE COURT:  So we'll just deal with it in
3  that manner, and if in the meantime you-all can
4  resolve how we're going to deal with this, I would
5  welcome that.  So is there anything else we need to
6  discuss?
7          MR. SMITH:  Your Honor, this is David
8  Smith.  We think our motion may be slightly over the
9  20-page motion limit that we believe you have in your
10 court.  And I'm wondering if we could ask you now for
11 a few extra pages beyond that because it's a pretty
12 heavy motion --
13         THE COURT:  Okay.
14         MR. SMITH:  -- with a lot of cutting
15 edge -- well, two very cutting-edge issues that are
16 really issues of first impression for --
17         THE COURT:  What -- would you like 25
18 pages or 30 pages?  What are you thinking?
19         MR. SMITH:  Well, 30 pages would be
20 plenty.  I think we could probably do it in 25 pages.
21         THE COURT:  I'll give you 30.
22         MR. SMITH:  So we can have up to 30?
23         THE COURT:  Yes, you may.
24         MR. SMITH:  That would be great.
25         THE COURT:  And the government may also

```
 1   have 30 pages for its response.  Let's try to limit
 2   the reply to 10 pages.  Okay?  All right, folks.
 3                MS. SALINAS:  Thank you.
 4                THE COURT:  I am very troubled by
 5   forfeiture in criminal actions, and I welcome whatever
 6   you can do to modify the present system.  I think
 7   saddling defendants who have spent years in jail with
 8   large forfeiture judgments is very unfair.
 9                And so I welcome whatever you can do to
10   change this process so that when people finish paying
11   their debt to society, which they think they have done
12   when they have served years in prison, they also are
13   not saddled with large judgments.
14                So I will set out an order with this
15   briefing schedule and look forward to your arguments.
16   Anything else?
17                MR. VanDEVENDER:  Not from the
18   government, Your Honor.
19                THE COURT:  Very good.  Thank you.
20                MS. SALINAS:  Nothing for us, thank you.
21                THE COURT:  We're in recess.
22                (Which were all of the proceedings had in
23   the above-captioned cause on the above-captioned
24   date.)
25
```

**REPORTER'S CERTIFICATE PAGE**

I, Roxann Harkins, Official Court Reporter for the United States District Court for the Middle District of Tennessee, in Nashville, do hereby certify:

That I reported on the stenographic machine the proceedings held in open court on November 29, 2018, in the matter of UNITED STATES OF AMERICA v. BENJAMIN EDWARD HENRY BRADLEY, Case No. 3:15-cr-037-2; that said proceedings were reduced to typewritten form by me; and that the foregoing transcript is a true and accurate transcript of said proceedings.

This is the 7th day of December, 2018.

s/ Roxann Harkins_____
ROXANN HARKINS, RPR, CRR
Official Court Reporter