# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 8, 2019

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re: Benjamin Edward Henry Bradley
v. United States
No. 18-7282
(Your No. 17-5725)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 28, 2018 and placed on the docket January 8, 2019 as No. 18-7282.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst