# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 19, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
Feb 19, 2019
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re: Benjamin Edward Henry Bradley
v. United States
No. 18-7282
(Your No. 17-5725)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk