**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
|     ) | |
|     ) | |
| **v.**     ) | **Case No. 3:15-cr-0037-2** |
|     ) | **Judge Aleta A. Trauger** |
|     ) | |
| **BENJAMIN BRADLEY**     ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Benjamin Bradley's Motion to Dismiss the Forfeiture Allegations of the Indictment and Deny the Government's Request for a Money Judgment (Doc. No. 1125) is **DENIED**.

It is so **ORDERED**.

This the 9th day of April, 2019.


_____
ALETA A. TRAUGER
United States District Judge