# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN BRADLEY ) | |
| ) | |

## ORDER

An evidentiary hearing to establish the amount of the money judgment forfeiture is set for May 10, 2019 at 10:00 a.m.

It is so **ORDERED**.

ENTER this 12th day of April 2019.

_____
ALETA A. TRAUGER
U.S. District Judge