# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA V. BENJAMIN BRADLEY | **EXHIBIT AND WITNESS LIST** Case Number: 3:15-00037-2 |
|---|---|

| PRESIDING JUDGE Trauger | PLAINTIFF'S ATTORNEY Bursis, Sakinas, Parris | DEFENDANT'S ATTORNEY Cecil VanDevender |
|---|---|---|
| TRIAL DATE (S) 5/24/19 | COURT REPORTER Jenny Checuga | COURTROOM DEPUTY Katheyrn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/24/2019 | | | WIT: John Krieger, DEA |
| 1a | | 5/24/2019 | | X | CD of telephone calls |
| 1b | | 5/24/2019 | | X | Line sheets of telephone calls |
| X | | 5/24/2019 | | | WIT: William DeSantis, SA IRS |
| 2a | | 5/24/2019 | | X | Deed transfer of 45669 Harmony Lane, Belleille, MI 48111 |
| 3a | | 5/24/2019 | | X | Krikor Holding LLC, showing sale of 45669 Harmony Lane property |
| 4a | | 5/24/2019 | | X | Defendant's propoerty transfer affidavit for 45669 Harmony Lane |
| 5a | | 5/24/2019 | | X | Quit Claim Deed for 45669 Harmony Lane property |
| | 1a | 5/24/2019 | | X | Defendant's 2010 tax return |
| | 2a | 5/24/2019 | | X | Defemdamt's 2011 tax return |
| | 3a | 5/24/2019 | | X | Defendant's 2012 tax return |
| | 4a | 5/24/2019 | | X | Form listing defendant's sale of 11 properties in 2013 |
| | 5a | 5/24/2019 | | X | Defendant's 2013 tax return |
| | 6a | 5/24/2019 | | X | Defendant's property transfer affidavit for 45669 Harmony Lane |
| | 7a 1,2,3 | 5/24/2019 | | X | Bank statements for co-defendant Buchanan (Will give to the court after redactions made) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages