# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |
| ) | |

## ORDER

An evidentiary hearing on forfeiture issues was held on May 24, 2019. The defendant shall file a post-hearing brief by June 7, 2019, and the government will respond by June 21, 2019.

It is so **ORDERED**.

ENTER this 24th day of May 2019.

_____
ALETA A. TRAUGER
U.S. District Judge