RECEIVED
JUL 01 2019
U.S. District Court
Middle District of TN

6-20-19

Case No. 3:15-cr-00037-2

Honorable Judge Aleta A. Trauger,

My Name is Benjamin Bradley and I pray this letter find you in good health and good spirits. After exhausting all my rememdies I decided to respectfully contact the court to check on my status with the Marshal's Transit system. Currently I'm still being housed at Grayson County Detention Center, since the completion of our Evidentiary Hearing on May 24, 2019 regarding forfeiture issues. By being here I have not seen the government's initial or final briefs that you requested to be submitted in a few weeks. Also I have not seen my response brief either. That was really my main concern about being in the dark about the final proceedings. Thank you so much

God Bless,
Benjamin Bradley
508-78039
PO Box 1000
Milan, Mi 48160

BcB

Benjamin Bradley 217769
320 Shaw Station Rd
Leitchfield, KY 42754

Grayson County Detention Center

LOUISVILLE KY 400

21 JUN 2019 PM 1 L

RECEIVED
JUL 01 2019
U.S. District Court
Middle District of TN

Judge Aleta A. Trauger
U.S District Court
801 Broadway court Room 874
Nashville, TN 37203

37203-380000