# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:15-cr-00037-2 |
| | ) |
| v. | ) |
| | ) |
| BENJAMIN BRADLEY | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that: __BENJAMIN BRADLEY__

*(Name the party or parties filing the appeal)*

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

☒ Judgment     ☒ Order     ☒ Other (specify) __Dkt.1203 Order; Dkt.1206 Amended Jdgmt.__

entered in this action on __8/20/19 & 8/26/19__

_____
(Signature)

701 S. State Street, 2058 Jeffries Hall
(Address)

| Ann Arbor | MI | 48109 |
|---|---|---|
| (City) | (State) | (Zip Code) |

(734) 764-2724
(Phone)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was sent to __Counsel of Record__
on __Sep 3, 2019__ .

_____
(Signature)

Case 3:15-cr-00037   Document 1208   Filed 09/03/19   Page 1 of 1 PageID #: 5003