# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  September 04, 2019

Ms. Melissa M. Salinas
Federal Appellate Litigation Clinic
701 S. State Street
2058 Jeffries Hall
Ann Arbor, MI 48109

Ms. Debra T. Phillips
Mr. Cecil Woods VanDevender
Office of the U.S. Attorney, Civil
110 Ninth Avenue, S., Suite A-961
Nashville, TN 37203

Re:  Case No. 19-5985, *USA v. Benjamin Bradley*
Originating Case No. : 3:15-cr-00037-2

Dear Counsel:

This appeal has been docketed as case number **19-5985** with the caption that is enclosed on a separate page.

As defendant's trial counsel, your appointment under the Criminal Justice Act is extended automatically pursuant to Sixth Circuit Rule 12(c)(2). **This letter serves as your authorization to order any transcript which you deem necessary for the appeal.**  Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 18, 2019**.  Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                              |
|------------|--------------------------------------------------------------|
| Appellant: | Appearance of Counsel                                        |
|            | Application for Admission to 6th Circuit Bar (if applicable) |
|            |                                                              |
| Appellee:  | Appearance of Counsel                                        |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **September 18, 2019**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

   If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 19-5985**

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BENJAMIN EDWARD HENRY BRADLEY

      Defendant - Appellant