January 5, 2020

RECEIVED
IN CLERK'S OFFICE
JAN 14 2020
U.S. DISTRICT COURT
M... ...CT OF TN.

Dear Honorable Judge Trauger,

My name is Joi Williams, and I am writing you on behalf of case no.# 3:15-cr-00037-2 Benjamin Edward Henry Bradley (50878-039).

Today I visited with Mr. Bradley and all I could do was smile. I have never seen someone at such peace within themselves especially under such circumstances. The entire time this man has been incarcerated and away from his loved ones; not once has he ever complained. There is not one recollection that I can attest to. Benjamin is always smiling, and jovial. He is always thinking of others and how he can in some way impart words of kindness to help out. He has grown!

I remember meeting him in the fall of 2012 and I said to myself, "Wow, he's out of my league!" Despite us becoming associates (not physical) there was still a bit of pretense there. That pretense was gup. Although, he has always, since I've known him been very kind and polite and

Case 3:15-cr-00037   Document 1223   Filed 01/14/20   Page 1 of 6 PageID #: 5438

always offering words of advice. There was a what up with him. Fast forward to 2016 and he is residing within a maximum security detention center. When I visited with him he smiled at me. Never once complaining. He said that his time alone allowed him to hear his thoughts. I asked myself, "how might that feel?"

He and I wrote and still communicate til this day and there are not enough words or synonyms to describe Benjamin's evolution. He reads daily, always a new book, I can't keep up. He laughs, tells jokes, thanks God, gives advice, offers help to his peers (Advice, mentorship, exercise, spiritual guidance). This man has basically made prison a non-factor. He is mentally free!

Today made me realize if I had not noticed before that Benjamin is uncommon amongst the common. Yes, he chose a harder path to walk, but it has made him a better man, a better father, a better son, a better friend, a better citizen, a better human being. He used to fight the world and now he realizes that his

fight is for a bigger cause. Teaching, mentoring, guiding young african american young boys to become better at self loving, and to respect themselves and their communities.

He has been given a chance to redeem himself spiritually, now he needs the chance physically to give back to his children, his community, his city, this nation, and even the world.

How can we deny someone with so much potential to make change? How is it fair for him to sit down and have his dreams of change be held in abeyance? How much time is necessary for change? How long should he be punished? I ask all these questions respectfully your Honor. Please do not mistake my fervor as disrespect. I would just hate to see an honest man with ~~dreams~~ Big Dreams and selfless goals be denied the right to become a part of the solution, and to help bring forth change.

If ever you had the opportunity to truly look this man in his eyes

I promise you would see his bleeding heart! You would see the humanity! You would feel his cause! You may even hear his talks with God! I know he has changed, and for the greater of good. Your honor, if I may ask what more does prison have to offer him? How much more time does he need to be rehabilitated? Respectfully, what is the judicial system's definition of Rehabilitation?

Websters or rather Dictionary.com's definition states: ~~Rehabiliati~~ rehabilitation- the action of restoring someone to health or normal life through training and therapy after imprisonment, addiction, or illness; the action of restoring someone to former privileges or reputation after a period of disfavor; the action of restoring something that has been damaged to its former condition.

If there were a word to describe Mr. Bradley right now, it would be rehabilitated!

Mr. Bradley is renewed, restored, refreshed, joyful, at peace, always calm, eager, kind, loving, spiritually sound. One thing he is not, he is not DAMAGED.

 Your Honor, I know that I have taken up more time than I should. It was just on my heart and mind to write you today. I want to take this opportunity and thank you sincerely for all of your work you do for voters rights. Voting as you know and seemingly agree should in fact be our (american citizens) inalienable right. Which coincides with the right to life, liberty, and the pursuit of happiness.

 Judge Trauger I again respectfully and ~~thank~~ with deepest gratitude thank you for your time. I, however, have one very important request of you. That is to allow my friend Mr. Benjamin Edward Henry Bradley #50878-039 (case# 3:15-cr-00037-2) The right to the pursuit of happiness.

      Sincerely,
      Ms. Joi Williams

L. Williams
18574 Ashton St
Detroit, Michigan 48219

Honorable Judge Trauger
Re: Case #3:15-cr-00037-2
801 Broadway
Nashville, TN 37203




PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008

EXPECTED DELIVERY DAY: 01/08/20

SHIP TO:
801 BROADWAY
NASHVILLE TN 37203-3816

C019

USPS TRACKING NUMBER
9505 5105 9816 0006 1485 75

0 Lb 1.00 Oz
1004

RECEIVED
JAN 14 2020
IN CLERK'S OFFICE
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.