RECEIVED
in Clerk's Office
MAY 06 2020

U.S. District Court
Middle District of TN

April 20, 2020

Honorable Aleta A Trauger,

Case No. 3:15-CR-00037-2

I pray this letter finds you in good health and spirits. My name is Benjamin Bradley 50878039. Honorable Judge Trauger I'm writing you this letter to inform you about an <u>extraordinary circumstance</u> that I am asking to seek relief under 3582. I think this situation is real compelling.

On April 16, 2020 My case manager R. Wilson called me in the office and told me that I was selected to go on home confinement under the Care Act. She said I fit all the criteria that the Warden posted on a memo on our Corrilink system on April 16, 2020 which was your instant offense could have no violence, No terrorism, no sex offense, Low custody points, Low risk assessment score. And No infractions within the last year. Also No warrents, Detainers, or parole holds. So after I signed my release plan and supervise release papers and Home confinement papers and was told to tell my parents to be expecting the probation officer call to schedule a visit for a walk through. I was told today that the Warden amended the memo that inmates must complete 50% of their sentence. (I wanted to provide a copy of everything but due to lockdown we have no access to law library copier). So I went from waiting on a release date to being told I can't go now because I am 32 months short of the 50%. This was devastating to me and my family even with my unwaivering faith. But Faith without works is dead. So I feel the least I can do is request a sentence Reduction for the time needed to make me eligible for the Care act Home Confinement. Judge Trauger I know I got all prison got to offer me. I changed my life. I changed my way of thinking and I do the right thing all the time. I know 5 years ago I made bad bad decisions and I realize the seriousness of these decisions and I lost so much behind it. I lost a wife, I lost a career, I lost out on precious moments of my kids life. I was lost but not until I was lost did I find myself. I just want my chance for redemption, I wanna make it right. I wanna make sure my kids who is going to HighSchool this

Coming school year have a fair shot at life. They are not doing there best in school right now. Its rough on an single mother with no education to raise 3 kids. My kids basically is under the gamble of their accomplishments of natural growth. They are not being raised under concerted cultivation. I need to be out there for them. I need to be out there for my elder parents. I know how valuble doing the right thing not risking my freedom is now. I will never re offend. I feel like this was my miricle. I didn't request it. I was told my name was sent to My unit team from the Director and they had to get me done by today. So I can leave in two weeks. Because I know I will never offend again if you decide to reduce my sentence for the reason of my release to Home Confinement under the Care Act whatever time you take off my actual sentence you can add that to my supervised release. I don't care I know that I'm gone do the right thing. I still got support and people willing to testify and vouch to my growth and dedication to right my wrongs. I got a plan Judge Trauger and its not just about me. Please grant me this Compassionate Release reduction only if you confirm that my Warden will release me to Home Confinement. Please let me know what I need to do to put this in motion. Thank You. God Bless

Respectfully
Benjamin Bradley 50878039
FCI Milan
PO Box 1000
Milan, MI 48160

Benjamin Bradley
NAME
50878039
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Hon. Judge Aleta A. Trauger
801 Broadway
Nashville, TN 37203

RECEIVED
MAY 06 2020
US DISTRICT COURT
MID DIST TENN