# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:15-cr-00037-2 |
| BENJAMIN BRADLEY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   BENJAMIN BRADLEY                                                                       .

Date:  05-11-2020

*Attorney's signature*

Melissa M. Salinas P69388
*Printed name and bar number*

701 S. State Street, 2058 Jeffries Hall
*Address*

salinasm@umich.edu
*E-mail address*

586-530-6744
*Telephone number*

734-764-8242
*FAX number*