IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00037-2 |
| | ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY | ) | |
| | ) | |

**ORDER**

Melissa Salinas has enter an appearance on behalf of Benjamin Bradley. Therefore this court's Order requiring the Federal Public Defender to appoint counsel (Docket No. 1246) is hereby VACATED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge