## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 20, 2020

Mr. Benjamin Edward Henry Bradley
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Mr. Cecil Woods VanDevender
Office of the U.S. Attorney
110 Ninth Avenue, S., Suite A-961
Nashville, TN 37203

Re: Case No. 20-5529, *Benjamin Bradley v. USA*
Originating Case No. : 3:19-cv-00643 : 3:15-cr-00037-2

Dear Mr. Bradley and Counsel:

This appeal has been docketed as case number **20-5529** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

A review of the District Court docket indicates your motion for leave to proceed on appeal in forma pauperis is pending in that court. If the district court denies your motion, in whole or in part, you have thirty (30) days from the date of that denial to either pay the appellate filing fee, or renew the in forma pauperis motion. If you choose to pay the $505.00 fee (or the amount stated by the district court), it must be submitted to the U.S. District Court. If you are dissatisfied with the district court's ruling on your motion and you choose to file the motion for leave to proceed on appeal in forma pauperis, that motion and an accompanying financial affidavit must be submitted to this court, the United States Court of Appeals for the Sixth Circuit.

For this appeal to proceed, the district court or this court must issue a certificate of appealability (COA) stating at least one issue for review. If the district court has denied the COA as to some or all issues, this court will review all issues rejected by the district court. You do not need to take any further action for this review to occur. However, if you choose to do so, you may submit **one signed** motion to grant a COA with this court, stating the issues for review and why this court should review them. If that is your choice, please do so as soon as possible. 6th Cir. R. 22(a).

    This court's review may take several months.  If both the district court and this court deny a certificate of appealability as to all issues, the appeal cannot proceed and will be closed.  28 U.S.C. § 2253(c).

                                              Sincerely yours,

                                              s/Robin L. Johnson
                                              Case Manager
                                              Direct Dial No. 513-564-7039

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 20-5529

BENJAMIN EDWARD HENRY BRADLEY

 Petitioner - Appellant

v.

UNITED STATES OF AMERICA

 Respondent - Appellee