3:15-00037-2

RECEIVED
in Clerk's Office

MAY 19 2020

U.S. District Court
Middle District of TN

May 15, 2020

Judge Trauger
Courtroom 776
801 Broadway
Nashville Tn 37203

I am writing to you on behalf of my son Benjamin E.H. Bradley #50878039 who is currently incarcerated at Milan Federal Correctional Institution. I received a call from Benjamin on Thursday, April 16, 2020 indicating that he was recommended for early release due to the corona virus pandemic that has affected this country, including prisons. He indicated that his papers were being processed for approval and I would get a call from a probation officer who would immediately schedule an appointment to see our home to determine if our environment would be suitable for Ben to live with us. I was elated. Words can not express my excitement. So we immediately started preparing his room. That following Monday the probation officer called. Tuesday I spoke with Officer Martin who indicated that since his initial call the situation had changed and Bens' parole was not approved. I asked why but he responded that he didn't know why. <u>His father and I were devastated!</u>

Benjamin has served 5 years imprisonment for selling prescription drugs. He was convicted of a non violent crime and he must be considered a favorable prisoner to be recommended for parole. He is thoughtful and kind and he has helped and encouraged so many people in and out of prison.

If you could please find it in your heart to reconsider his release. He would be coming to a home that has been a very stable environment since 1972. We have raised 4 of our own children, two foster children, and positively influenced many neighborhood children and families. Currently we are retired. I retired 2011 from Detroit Medical Center, Nursing Recruiter for Detroit Receiving Hospital for 45 years. My husband David retired 2011 from Veterans Hospital as a Psychiatric Nurse. We have always been involved in many community services and activities through our church. Our Church distributes food weekly, since the virus we have drive thru service, and drop off service but lately because of my medical limitations I have limited my participation in our food distribution program. We make masks and distribute to the community.

Thank you for taking the time to read this letter, and it is my prayer that you will reconsider Benjamin's release.

Sincerely,

*Cheryl A. Bradley*

Cheryl A. Bradley



Cheryl Bradley
15540 Prevost
Detroit MI 48227

INSERT

Judge Trauger
Courtroom 776
801 Broadway
Nashville, TN 37203

