# EXHIBIT B



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BRADLEY, BENJAMIN EDWARD H  50878-039

SEQUENCE: 00174473
Report Date: 04-19-2020

| | |
|---|---|
| Facility: | MIL  MILAN FCI |
| Name: | BRADLEY, BENJAMIN |
| Register No.: | **50878-039** |
| Quarters: | B02-013L |
| Age: | 36 |
| Date of Birth: | -1983 |
| Custody Level: | IN |
| Security Level: | LOW |
| Proj. Rel Date: | 09-02-2029 |
| Release Method: | GCT REL |
| DNA Status: | OKL11020 / 08-01-2017 |

## Contact Information
**Release contact & address**
Cheryl and David Bradley, FATHER
, Detroit, MI    US
phone (mobile) : 313-449-9320

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21USC841(A)(1)&846 CT1 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE OXYCODONE AND OXYMORPHONE 18USC1956(H)CT2 CONSPIRACY TO COMMIT MONEY LAUNDERING | 204 MONTHS |

Date Sentence Computation Began:    02-01-2017
Sentencing District:    TENNESSEE, MIDDLE DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit | - InOp Time |
|---|---|---|---|---|
| 0 / 0 / 0 | 270 | Years: 5  Months: 1  Days: 14 | + 694   JC | - 0   InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans
Inmate Bradley arrived at FCI Milan on 08-09-2017 as an initial commitment.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | SANI 3 | SANITATION WORK CADRE #3 | 03-19-2020 |

**Work Assignment Summary**
He is currently assigned to the Sanitation Work Cadre #3.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 09-06-2017 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-06-2017 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | C | RPP6 ADVANCED LEATHER | 08-01-2019 | 08-09-2019 |
| MIL | C | RPP1 DIET ANALYSIS | 02-13-2019 | 03-03-2019 |
| MIL | W | RPP3 CONSUMER CREDIT | 07-12-2018 | 07-12-2018 |
| MIL | C | RPP6 THINK LIKE ECONOMIST (IS) | 03-23-2018 | 08-16-2018 |
| MIL | C | RPP6 ADVANCED LEATHER | 08-02-2018 | 08-11-2018 |
| MIL | C | RPP6 SCIENCE OF ENERGY (IS) | 03-23-2018 | 04-23-2018 |
| MIL | C | RPP6 PARENTING PROGRAM | 01-18-2018 | 03-23-2018 |
| MIL | W | RPP3 CONSUMER CREDIT | 01-18-2018 | 02-22-2018 |
| MIL | C | RPP6 BEG CROCHET T.B.A. | 01-05-2018 | 01-28-2018 |
| MIL | C | RPP6 CHESS | 12-07-2017 | 01-11-2018 |



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BRADLEY, BENJAMIN EDWARD H  50878-039

**SEQUENCE: 00174473**
**Report Date: 04-19-2020**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | C | RPP6 AMERICAN CIVIL WAR (IS) | 01-04-2018 | 01-18-2018 |
| MIL | C | RPP6 WORLD NEVER THE SAME (IS) | 12-12-2017 | 01-11-2018 |
| MIL | C | RPP6 SCIENCE NATURAL HEAL (IS) | 12-12-2017 | 01-04-2018 |
| MIL | C | RPP6 STRESS AND YOUR BODY (IS) | 12-12-2017 | 01-04-2018 |
| MIL | C | RPP6 GREETING CARD T.B.A. | 11-07-2017 | 12-03-2017 |
| MIL | C | RPP6 THE ADDICTIVE BRAIN (IS) | 11-09-2017 | 11-30-2017 |
| MIL | C | RPP6 ARGUMENTATION (IS) | 11-09-2017 | 11-16-2017 |
| MIL | C | RPP1 WEIGHT MANAGEMENT | 09-25-2017 | 10-02-2017 |
| MIL | C | RPP1 HEALTH & FITNESS | 09-29-2017 | 09-30-2017 |

### Education Information Summary
He completed his GED or HS Diploma.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Discipline Summary
He has maintained clear conduct.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MIL | A-DES | WRIT RETURN | 07-17-2019 | CURRENT |
| MIL | A-DES | US DISTRICT COURT COMMITMENT | 08-09-2017 | 05-16-2019 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-17-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-16-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-09-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-17-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-17-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 06-27-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-08-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 11-29-2017 |

### Physical and Mental Health Summary
There are no medical or mental health concerns.

### FRP Details
Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 02-19-2020**
**Inmate Decision:** **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$25.00** Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BRADLEY, BENJAMIN EDWARD H   50878-039

SEQUENCE: 00174473
Report Date: 04-19-2020

### Most Recent Payment Plan

| No. | Type  | Amount   | Balance | Payable   | Status     |
|-----|-------|----------|---------|-----------|------------|
| 1   | ASSMT | $200.00  | $0.00   | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason     | Amount |
|--------------|------------|------|-------------|------------|--------|
|              | 12-12-2019 | MIL  | PAYMENT     | INSIDE PMT | $25.00 |

### Financial Responsibility Summary
He has completed his financial obligation.

### Release Planning
He has requested a relocation of supervision request from the MD/TN to the ED/MI to live with his parents in Detroit, MI.  The relocation is pending.

### General Comments
*He has been determined to be a candidate for referral for Home Confinement due to the CARES Act/Covid 19 Pandemic.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BRADLEY, BENJAMIN EDWARD H   50878-039

SEQUENCE: 00174473
Report Date: 04-19-2020

Name: BRADLEY, BENJAMIN
Register Num: 50878-039
Age: 36
Date of Birth: ▇-1983
DNA Status: OKL11020 / 08-01-2017

X ~B.B~
Inmate   (BRADLEY, BENJAMIN EDWARD H, Register Num: 50878-039)

4/19/20
Date

_[signature]_
Chairperson
4/19/20
Date

_[signature]_
Case Manager
4/19/20
Date