# EXHIBIT C

```
 MXRBY            *           PUBLIC INFORMATION             *      05-11-2020
 PAGE 001         *              INMATE DATA                 *      10:01:07
                               AS OF 05-11-2020

REGNO..: 50878-039 NAME: BRADLEY, BENJAMIN EDWARD H

                   RESP OF: MIL
                   PHONE..: 734-439-1511    FAX: 734-439-5534
                                            RACE/SEX...: BLACK / MALE
                                            AGE:   37
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 09-02-2029                     PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 50878-039 NAME: BRADLEY, BENJAMIN EDWARD H

                 RESP OF: MIL
                 PHONE..: 734-439-1511    FAX: 734-439-5534
HOME DETENTION ELIGIBILITY DATE: 03-02-2029

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-02-2029 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TENNESSEE, MIDDLE DISTRICT
DOCKET NUMBER...................: 3:15-00037-2
JUDGE...........................: TRAUGER
DATE SENTENCED/PROBATION IMPOSED: 02-01-2017
DATE COMMITTED..................: 08-09-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:    $200.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21USC841(A)(1)&846 CT1 CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE AND TO DISTRIBUTE OXYCODONE AND OXYMORPHONE
         18USC1956(H)CT2 CONSPIRACY TO COMMIT MONEY LAUNDERING

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    204 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 03-11-2015




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 50878-039 NAME: BRADLEY, BENJAMIN EDWARD H

                  RESP OF: MIL
                  PHONE..: 734-439-1511    FAX: 734-439-5534
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-09-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-26-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-01-2017
TOTAL TERM IN EFFECT............:   204 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    17 YEARS
EARLIEST DATE OF OFFENSE........: 03-11-2015

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     06-06-2009    06-07-2009
                                     03-12-2015    01-31-2017

TOTAL PRIOR CREDIT TIME.........: 694
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 918
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 09-02-2029
EXPIRATION FULL TERM DATE.......: 03-08-2032
TIME SERVED.....................:      5 YEARS       2 MONTHS       5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  30.4
PERCENT OF STATUTORY TERM SERVED:  35.7

PROJECTED SATISFACTION DATE.....: 09-02-2029
PROJECTED SATISFACTION METHOD...: GCT REL




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```