# EXHIBIT D

```
REGISTER NO: 50878-039 NAME..: BRADLEY, BENJAMIN EDWARD H
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-18-2020
```

```
G5401          DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```