# EXHIBIT F

The following are screenshots from a YouTube video purporting to depict inmate living conditions in FCI Milan. Vad Hakara, *Poor Conditions at FCI Milan During Pandemic*, YouTube (Apr. 17, 2020), https://www.youtube.com/watch?v=PurxDDoxvAg. The video was originally broadcast by Facebook user Dion Maine using Facebook Live using a contraband cell phone on April 6, 2020. *Id.* (in video description). The original broadcast remains available at https://www.facebook.com/DeyBready/videos/2501341460131976. *Id.* (in video description).

Bradley did not authorize or create this video, but he informed counsel of its existence. These screenshots are presented only to illustrate current inmate living conditions at Milan during the COVID-19 pandemic.









