# EXHIBIT H

# Grayson County Detention Center
## Health Assessment

Date 6/17/19

Name Bradley, Benjamin  DOB ▇-83  SS# ▇-8979

Age 36  Race B  Sex (M) F  Height 5'11"  Weight 284

BP 140/90  Pulse 81  Resp 24  Temp —  02 Sat 98 %

Allergies NKA

Primary Care Physician Dr. Mendiratti MD Michigan

Medications none

**Health History: (Explain Any "yes" answers)**

- Y (N) Seizures, CVA, Fainting
- Y (N) Migraine Headaches
- Y (N) Psychiatric, Nervous Disorders
- Y (N) Glaucoma, Vision Problems
- Y (N) Hay Fever, Allergies
- Y (N) Thyroid Disease
- Y (N) Heart Disease /Hypertension
- Y (N) Tuberculosis/Past Positive TB Test
- Y (N) TB Treatment – Date _____
- Y (N) Problems With Lungs (COPD, Asthma, etc)
- Y (N) Drugs  Type _____
- Y (N) Do you have Sickle Cell Disease

- Y (N) Stomach Problems
- Y (N) Colon Problems
- Y (N) Problems with Liver
- Y (N) Diabetes
- Y (N) Kidney Disease
- Y (N) Prostate/Testicular Problems
- Y (N) Sexually Transmitted Diseases
- Y (N) Cancers
- Y (N) ETOH (Alcohol)  Last Use _____
- Last Use _____
- Y (N) Do you have Sickle Cell Trait

Comments _____

Case 3:15-cr-00037   Document 1256-8   Filed 05/22/20   Page 2 of 3 PageID #: 5681

**Surgeries** ___none___

**Any Other Health Problems** ___none___

**Physical Exam: (Explain Any Abnormal Findings)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **N** | A | General Appearance | **N** | A | Lungs | **N** | A | Extremities |
| **N** | A | Neuro | **N** | A | Abdomen | **N** | A | Skin |
| **N** | A | HEENT | **N** | A | GU | **N** | A | Mouth |
| **N** | A | Heart | N | A | Genitalia | | | |

**Comments** _____

**PPD – Date Read** ___5-30-19___  **Results** ___∅___ **MM**

**CXR – Date** _____  **Results** _____

**Nurses Signature** ___Betty Milam___

**Inmates Signature** ___[signature]___

**Physicians Signature** _____