# EXHIBIT I

```
 MXRBY  535.03 *              INMATE PROFILE              *      05-11-2020
 PAGE 001 OF 001                                                  10:02:34
           50878-039         REG
 REGNO: 50878-039            FUNCTION: PRT  DOB/AGE.:      -1983 / 37
 NAME..: BRADLEY, BENJAMIN EDWARD H         R/S/ETH.: B/M/O    WALSH: NO
 RSP..:  MIL-MILAN FCI                      MILEAGE.: 32 MILES
 PHONE:  734-439-1511     FAX: 734-439-5534
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE  FBI NO..: 958148KC4
 PROJ REL DATE..: 09-02-2029                 INS NO..:
 PAR ELIG DATE..: N/A                        SSN.....:     8979
 PAR HEAR DATE..:            PSYCH: NO       DETAINER: NO    CMC..: YES
 OFFN/CHG RMKS: 21:841(A)(1)& 846,18:1956(H)CTPWITD OXYCODONE & OXYMORPHONE,
 OFFN/CHG RMKS: CONSPIRACY COMMIT MONEY LAUNDERING;204MOS/3YRS SR 3:15-00037-2
    FACL CATEGORY    - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    MIL  ADM-REL     A-DES    DESIGNATED, AT ASSIGNED FACIL 07-17-2019 1546
    MIL  CARE LEVEL  CARE1    HEALTHY OR SIMPLE CHRONIC CARE 08-17-2017 1011
    MIL  CARE LEVEL  CARE1-MH CARE1-MENTAL HEALTH           08-16-2017 1019
    MIL  COR COUNSL  CCC B-1  E. PEREZ, B-1 COUNSELOR       07-17-2019 1546
    MIL  CASE MGT    BIR CERT N BIRTH CERTIFICATE - NO      08-21-2018 1015
    MIL  CASE MGT    DEPEND Y DEPENDENTS UNDER 21 - YES     08-21-2018 1015
    MIL  CASE MGT    PHOTO ID Y PHOTO ID - YES              08-21-2018 1015
    MIL  CASE MGT    RPP PART RELEASE PREP PGM PARTICIPATES 10-26-2017 1420
    MIL  CASE MGT    SSN CARD Y SOCIAL SECURITY CARD - YES  08-21-2018 1015
    MIL  CASE MGT    VET P/S N PARENT/SPOUSE VETERAN - NO   08-21-2018 1015
    MIL  CASE MGT    VETERAN N VETERAN - NO                 08-21-2018 1015
    MIL  CASE MGT    V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 08-24-2017 1050
    MIL  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY 07-07-2017 1128
    MIL  CASEWORKER  CSW B-1  R. WILSON, B-1 CASE MANAGER   07-17-2019 1546
    MIL  CUSTODY     IN       IN CUSTODY                    04-29-2015 1815
    MIL  DRUG PGMS   DAP DECL RESIDENT DRUG TRMT DECLINED   06-27-2018 0841
    MIL  DRUG PGMS   ED COMP  DRUG EDUCATION COMPLETE       08-08-2018 1447
    MIL  DRUG PGMS   NR WAIT  NRES DRUG TMT WAITING         11-29-2017 1231
    MIL  DESIG/SENT  BRAVO    TEAM BRAVO                    07-07-2017 1128
    MIL  DESIG/SENT  FTNM YES FTNM-FULLY COMPLIED W/JUD REC 07-10-2017 1148
    MIL  EDUC INFO   ESL HAS  ENGLISH PROFICIENT            09-06-2017 2015
    MIL  EDUC INFO   GED HAS  COMPLETED GED OR HS DIPLOMA   09-06-2017 2015
    MIL  FIN RESP    COMPLT   FINANC RESP-COMPLETED         02-19-2020 0948
    MIL  FIRST STEP  FTC ELIG FTC-ELIGIBLE - REVIEWED       12-15-2019 0926
    MIL  FIRST STEP  R-MIN    MINIMUM RISK RECIDIVISM LEVEL 12-15-2019 0927
    MIL  LEVEL       LOW      SECURITY CLASSIFICATION LOW   04-14-2020 1110
    MIL  MED DY ST   NO PAPER NO PAPER MEDICAL RECORD       08-09-2017 0711
    MIL  MED DY ST   REG DUTY NO MEDICAL RESTR--REGULAR DUTY 08-17-2017 1011
    MIL  MED DY ST   YES F/S  CLEARED FOR FOOD SERVICE      08-17-2017 1011
    MIL  PGM REVIEW  JUL      JULY PROGRAM REVIEW           07-19-2020 1042
    MIL  QUARTERS    B02-013L HOUSE B/RANGE 02/BED 013L     07-19-2019 0821
    MIL  RELIGION    PROTESTANT PROTESTANT                  08-24-2017 1052
    MIL  STATUS      A&O COMP INSTITUTION A&O COMPLETE      09-06-2017 1002
    MIL  UNIT        B UNIT   L. HUDDLESTON, B UNIT MANAGER 07-17-2019 1546
    MIL  WAITNG LST  HOME BUY ACE - HOME BUY WAITLIST       09-28-2017 1342
    MIL  WAITNG LST  PELL GRANT SECOND CHANCE PELL WAITLIST 11-01-2017 1032
    MIL  WRK DETAIL  SANI 3   SANITATION WORK CADRE #3      03-19-2020 0001




       G0000         TRANSACTION SUCCESSFULLY COMPLETED
```