# EXHIBIT J

Tuesday, May 19, 2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Dear Judge Aleta Trauger,

My name is Bernadette Bradley, the sister of Benjamin Bradley. I am writing this letter to ask that you have compassion and allow my brother to be released to the custody of my parents whom both are God fearing and law-abiding citizens in the community. We love and miss him dearly and his presence is needed to complete our family.

Sincerely,

*Bernadette Bradley*

Bernadette Bradley

Detroit, MI
(248) 794-9784

May 21, 2020

Honorable Judge Aleta A. Trauger
Kefauver Federal building
801 Broadway Street
Nashville, TN 37203

Re: Benjamin Bradley
Case no. 3:15-cr-00037-2

Dear Judge Trauger,

I am writing to you on behalf of my dear friend Benjamin Bradley #50878-039. In early February the world was hit with a global pandemic taking us all by surprise. This pandemic has halted everyone's lives causing worry and fear among us all. We have been especially fearful for the safety of our loved one Benjamin as he is currently incarcerated at Milan FCI. Because of the seriousness of this viral pandemic it has been mentally taxing on us all to live a normal life even with us having access to medical testing, sanitation products, and social distancing.

That fear seemed to subside when Benjamin informed me and the rest of his family that the FBOP recommended him for home release due to the CARES ACT. The officials there stated that Ben would be a good candidate for home confinement because of him being a low risk inmate, non-violent, and first time offender. I was so eager to begin working toward Ben and I's nonprofit. This is something he and I have spoken about for the last three years. Ben has stressed his adamacy to help young men and women not choose the life of fast money and worldly influence but rather to hone the mindset of greatness within. A trait that he displays in all that he does and says. I truly believe that Prison has changed him. It was exciting to know that our goal to start work on our non-profit together would not have to be deferred because of his sentencing. However we were faced with a rude awakening when the opportunity was rescinded.

It was heartbreaking to know that even after he signed his release papers and we all were preparing for his release that the FBOP changed the guidelines and he was no longer a candidate.. I don't think that any of us have recovered from such devastating news. We went from hopeful to fear in a blink of an eye. Ben was denied the opportunity to be reunited with his three children because he did not meet the 50% completion of his sentence before release. This new guideline was not in place when they recommended that Ben be placed on home confinement. This caused Ben such devastation and mental anguish. Yet, he did not allow it to break him. His exact words to me, " I don't want to do anything if it is not ordained by God!" Wow, what an amazing spirit he has.

Throughout the past five years he has spent in prison Ben has never once complained. When even in my eyes I saw a myriad of things to complain and worry about not once did he ever. He has such a positive outlook on life that sometimes he makes us all forget that he is there and we are here. He has openly accepted and acknowledged his wrong doing and he equates his punishment to salvation. He has said on many occasions that his life has been spared and he owes it to his children to be better and to lead with God.

Judge Trauger I know that jail is meant as a punishment but it is also used as a tool to rehabilitate. I know undoubtedly that Ben is and has learned the error of his ways. He came into the prison system a boy and our Hope is that you'll allow him to re-emerge as the man he has grown into today. Benjamin desperately wants to be there for his children, Two of which are headed to highschool in the Fall. His only Daughter B█████ is such a smart young lady, she shows so much charisma and she is very close with her father but it weighs on her that he may not be there to help her with her first heartbreak or to send her off to prom. His junior is also gearing up for highschool at 14 years old. A young man needs his father to help protect and guide him. To assure him that he has made the mistakes for him. That his son just being himself and following the lead of God will take him so far. His youngest son was only a baby when he went away, his oly memories of his father are visiting him in prison. These are such pivotal years for his children and it would mean the world for him to be there to cheer them on, protect them, listen to them, hold them, and assure them that everything will be just fine. It pains him daily knowing he cannot be physically there with them.

Judge Trauger I pray you find it in your heart to consider Benjamin for the home confinement to finish out the remainder of his sentence. It would not only mean so much to him but to so many of us all. He has my full support as a friend, and life partner. We have so much work to do in the community that we both are eager to start. I offer him my full support. Judge Trauger Ben has changed, he knows right from wrong, he never wants to be away from his family again. Please Judge Trauger I am humbly asking that you take his release into serious consideration. Thank you for taking the time out to consider our loved one. I pray that this letter finds you, your family, and staff in the best of health and spirits.

Sincerely,


Joi Williams

**Beverly D. Moore**

Detroit, Michigan
(313) 458-2720

21 May 2020

**Honorable Judge Aleta A. Trauger**
801 Broadway St.
Nashville, TN 37203

**Re: Benjamin E. H. Bradley #50878-039
Case no. 3:15cr-00037-2**

Dear Judge Trauger,

My name is Beverly Moore and I writing to you on behalf on Benjamin Bradley #50878-039. This letter is with the hope that you find it in your heart to consider Bens' release under the compassionate care act. With the unforeseen future of the devastating effects Covid-19 has had on the world as we know it. It has been very unnerving to know that Ben is isolated within the confines of Milan F.C.I without the proper sanitary needs. When we learned that Ben had been considered for home confinement we were ecstatic. We were especially excited once he shared with my daughter and I that he signed his release papers. The worrisome nights began to subside.

I met Benjamin in the summer of 2014 at his son's birthday party. /my daughter had known him for a few years at this time and decided to bring me along to the party. Upon meeting Ben he was so nice and hospitable. I remember how inviting his spirit was. He grabbed me by my hand and walked me to the buffet table and told me to enjoy myself. I remember feeling like I had met the son I'd always wanted. I know that may seem far fetched but I actually felt like I was not meeting a stranger for the first time but rather a distant relative i had been waiting to reacquaint myself with.

Benjamin has such a kind spirit and warm heart. In the time that he has spent in prison he has helped me to find purpose within myself. He has helped to strengthen my relationship with my only child, my daughter Joi. I have been a long sufferer of alcoholism and before meeting and truly getting to know Ben I didn't think it was a problem. I didn't realize that my actions were tainting my

relationship with my only child and grandchild. With every letter and holiday card (he never misses a holiday)  Ben is always encouraging and uplifting. euismod tincidunt ut laoreet dolore magna aliquam erat volutpat. Ut wisi enim Ben assures me that God is our protector and to not have fear. Having him in my life has helped me realize the god within me. He has a way about himself that is so inspiring.  Before getting to know him I used to worry endlessly about my daughter because she is a loner and has gone through a rough divorce with her child's father. Ben has had a tremendous positive effect on her, and our entire family. I truly consider him a son I've always wanted.

Ben has allowed me to find refuge in him despite him being away he never complains and eagerly listens to me. His kindredship has helped me to lessen my addiction, and i am choosing to take it day by day because of his belief in me.  His love for God is moving to say the least. I would not be surprised if he became a therapist or better yet a pastor. He does not let his circumstances define him. He shows courage and positivity in every word he speaks. I pray that you find it in your heart to show him mercy and allow him to right his wrongs. Ben admittedly acknowledges his mistakes. He has vowed to be a mentor to young men once he is released. He wants nothing more than to be given a second chance to prove that you don't have to let your past precede you. That you can be made whole again.

Respectfully Judge Trauger with Covid-19 spreading rapidly from person to person, with the spread being more likely when people are in close contact with one another. Given his low risk factor, he being a non violent first time offender and the nomination from the FBOP to be considered for home confinement. Please allow Benjamin Another chance at life, to surround his three children in the love that he so desperately wants to give to them. He has my full support. Whether it is a place to live, monetarily, helping to find employment, or just being a sound ear. I am here for him as he has been here for me when the circumstances haven't always allowed him to be. He has always gone above and beyond to make me feel comfortable and included. I would absolutely do the same for him.

With my deepest Sincerity,



Beverly Moore

# Old Landmark
# Church of God in Christ
# 35248 Palmer Road
# Westland, MI 48186

May 19, 2020                                                                                          Elder George Watson

To the Honorable Judge Trauger:

Humble greetings, good health and blessings to your family and your court staff. I, Elder G. S. Watson, Senior Pastor of Old Landmark Church is submitting this testament in support of Mr. Benjamin Bradley. Mr. Bradley, who I consider a prodigal son, has continued to be in my prayers and we have frequent conversations regarding repentance and faith prior and during his incarceration. Prior to incarceration, Mr. Bradley was active with his family, as a father and a husband and was also a constant parishioner when his work schedule allowed as an imaging technician within the hospital system. Even prior to coronavirus, Mr. Bradley expressed a renewed focus to be a better father, more loving husband and a greater asset to the community than he was before.

My humble request is for consideration is for Mr. Benjamin Bradley be extended an opportunity to return home during these extraordinary circumstances that the covid pandemic has presented. He will be surrounded by family and spiritual partners in emotional and mental support. Our greatest fear is that Mr. Bradley's life could be in peril because of the spread of covid within the penitentiary community without the greatest opportunity of redemption and contributing to his family upon scheduled release.

I thank you for your time in reading this petition. Please feel free to contact me further if you have any questions and want to have further dialogue.

A Brother In Christ,

Elder George Watson
Senior Pastor, Old Landmark Church of God in Christ
Email: pastorwatson1@yahoo.com

To: U of M Attorneys

From: Matthew Caputo  (313) 808-0753

May 17, 2020

With cover letter - 7 pages

734-764-8242

Honorable Judge Aleta A. Trauger
801 Broadway Ave.
Nashville, TN 37203

Regards to:
Benjamin Bradley
Inmate Number: 50878-039

Page 1 of 6            May 17, 2020

Dear Judge Trauger,

I am writing you on behalf of Benjamin Bradley, case number 3:15-00037-2. My name is Matthew Caputo and I am a long time friend of Benjamin, I consider Benjamin as family. I respectfully request a compassionate release for Benjamin due to the unimaginable circumstances COVID-19 has caused. I also respectfully ask that Benjamins sentence is reduced and is allowed to finish his sentence on home confinement.

Throughout all of my years of knowing Benjamin, I think of Benjamin as a big heart, heart of gold! I've personally witnessed how Benjamin's kids light up when they were with their father and can't imagine the feelings they're going through not seeing their dad. I am extremely proud of Benjamin and all that —

he has accomplished during his sentence, both mentally and physically. Benjamin has shared with me that he would love to work on a business with me that I started, Remastered LLC. I (Matthew Caputo) have an extensive retail career and I'm currently the general manager for our Luxury Porsche-Design flagship store at South Coast Plaza in Costa Mesa, California. Benjamin and I first met when I was a district manager for Sneaker Villa and opened up a chain of stores in the Detroit market, I later opened and co-owned a luxury sneaker boutique in Downtown Detroit under Dan Gilbert, NoJo Kicks.

Remastered LLC. will be a retail business that

A CUSTOMIZATION PROCESS FOR OUR CLIENTS TO CREATE UNIQUE 1 OF 1 PIECES. I CURRENTLY HAVE OVER $60,000 IN INVENTORY, BUILT OVER 3 YEARS. I WOULD BE HONORED TO GIVE BENJAMIN EQUITY IN REMASTERED LLC., NOT ONLY FOR A SOURCE OF INCOME, BUT TO FULFILL PASSION AND A SENSE OF BELONGING BACK IN SOCIETY. A BIG PIECE OF REMASTERED LLC. WILL BE COMMUNITY ENGAGEMENT AND GIVING BACK TO OUR COMMUNITIES, EVEN HOSTING CLASSES TO INFLUENCE OUR YOUTH FOR FUTURE GENERATIONS, WHICH BENJAMIN WOULD BE A HUGE IMPACT. I HAVE BUILT AN EXTENSIVE NETWORK OVER THE YEARS WITH PROFESSIONAL ATHLETES, MUSICIANS, SUCCESSFUL ENTREPRENEURS, AND MOST IMPORTANTLY GENUINELY GOOD PEOPLE WITH AMAZING ETHICS AND

Case 3:15-cr-00037 Document 1256-10 Filed 05/22/20 Page 11 of 16 PageID #: 5700

May 17, 2020

morals. I am extremely confident that Benjamin will have an everlasting impact on society through all of the support he has, most importantly on his kids.

Benjamin's mindset and faith has grown tremendously throughout his sentence. I have flown back to Detroit to visit Benjamin multiple times and leave each time in awe of Benjamin's positive attitude and spirit. I am always so motivated after talking to Benjamin and literally breaks me down to tears to know such a beautiful soul is away from his family and kids. I personally would not take the time to write this letter if it wasn't

in my heart to do so.

will instantly make an impact positively on those around him upon his release.

I will never forget the way Benjamin has always supported me through positivity and genuine love, never once felt forced. I'm sure there are people in your life that instantly bring joy and a smile to your face when they walk in the room, Benjamin is that person for me. My grandmother always taught me, "Never judge in color - always judge in character", I instantly think of Benjamin. He is ready to write a new story in life.

Honorable Judge Trauger, I so graciously ask for your consideration to release Benjamin and start his rehabilitation

Case 3:15-cr-00037 Document 1256-10 Filed 05/22/20 Page 13 of 16 PageID #: 5702

May 17, 2020

The current conditions in Milan Prison and it is heartbreaking. During Benjamin's time served there, he has shown his commitment to lead a positive and healthy lifestyle. He has stayed commited to being involved in his kids lives the best he can, everytime I talk to him, they're his priority. This will be life changing not only for Benjamin, but most importantly his kids.

I'm sure you have a constantly busy schedule and I'm grateful for the opportunity to share my heartfelt words with you in regards to Benjamin. I wish you and your family to stay healthy during these uncertain times.

Sincerely,

Case 3:15-cr-00037   Document 1256-10   Filed 05/22/20   Page 14 of 16 PageID #: 5703

Benjamin Bradley
Case # 19-5985

Dear Judge Trauger

My name is David Bradley Jr, Ben's older brother, and we are 14 years apart in age. I was there with him on day one changing his diapers and babysitting throughout my high school and college years. I have watched him grow from a child to an adult and have seen him adjust through all the positive and negative that we all go through as young black males growing up in Detroit in the 70's 80's and 90s but more so with Ben I have witnessed his transformation from a boy to man.

Ben's childhood was quite normal and unremarkable. We had the advantage of a two parent household with both parents employed in a modest middle income household. He didn't accel in sports nor was he an academic over achiever. All of our 6 siblings attended church activities two to three times a week. He played with his peers in typical street games, played video games and did well enough academically to attend the top vocational high school in the city. Again, Ben wasn't the top of the class but did not struggle to maintain a good GPA. The thing I noticed about Ben was his keen sense of leadership and his entrepreneurial talents. He never was a follower nor participated in gangs or groups. As previously stated he never even participated in organized sports, but no matter where he was in school or in the neighborhood kids would gravitate to him. He always carried a confidence in himself and he always knew who he was. He remained grounded, respectful to adults and maintained a great sense of humor. People of all age groups and walks of life loved to be around him because of his sense of humor and personable nature. Whether he collected video games or gym shoes he could buy them or trade them for little to nothing and flip them to make a profit. I always had hopes of him becoming successful in business but confident that no matter what his dreams were that he had the tools and the support system around him to accomplish them.

I was so proud when he decided to enlist in the marines. Even there under those extreme conditions and circumstances I met several who served with him who told similar stories about his leadership and popularity. I was not surprised when he tested positive for cannabis prior to completing boot camp but was hopeful that he would return when given a several month leave before retesting and starting boot camp over. But when he decided not to return I was really disappointed because I now felt like he would be exposed to influences that lead to the predicament he now faces. Needless to say our relationship had been strained for many years after that.

What I know is that Ben has never been violent, he's had no prior offences to this one, and he was most definitely not any type of "kingpin" whatsoever. He maintained a full time job as Radiology Tech at a major trauma center in Detroit. He has always been a loving son, brother and father to his three children. He and I have come a long way since his arrest and I write to you with the full confidence that I have personally witnessed his reformation. He has reformed in the truest since of the word. At sentencing he displayed this. And from the beginning he has accepted full responsibility and in my opinion has paid his debt for the crime he confessed to. What's for the courts to decide is the length of time sentenced relative to the crimes pleaded guilty to. But if there is at all any remote chance of leniency from where you sit, your Honor, I

would ask you to please consider his time served and his inmate record of behavior when deciding. He is been an exemplary model of good behavior and has exhibited his usual character of leadership and inspiration to other inmates. Furthermore, he is desperately needed in his kid's lives, as the emotional strain on all of them is taking its toll. Our family all take turns with his kids and try to give them as normal of a life as we can, but this will undoubtedly have a lasting impact on their psychological and social well-being as I am quite sure you are aware of. In our talks I have come full circle in regaining my trust and confidence in his motives and abilities. In one of his first letters to me after his incarceration he said this to me... "literally the only prayers and conversations with God I have is just purely thanking HIM. I have never been so sure in my life that God loves me so much, Every day he shows me that HE is right here with me and is in complete control, to the point where all I want is my first thought or first intention to any encounter or situation to solely glorify HIS will and HIS purpose for me. And I recognize that the only way I'm even able to attempt to turn this around is through his undeserved Grace and Mercy." I have watched him consistently over the past 5 years live up to this statement, as he has let all past issues go. He is not angry and he has accepted the consequences whole heartedly. Why leave him locked up any longer where he could possibly become victim to some needless act of violence or even become unintentionally exposed to COVID-19?

Please, your Honor. There is so much good that can and will come from a ruling in his favor. My 8 year old daughter has received a lovely handcrafted leather purses bookbag he made in his leather shop classes while in Milan, a new passion stemming from his love for gym shoes and leather goods throughout his life. He has now decided to learn how to make his own with hopes of selling them or working in the leather goods industry. I manage a food party in the greater Chicago Area and Ben and I have discussed plans of expanding our parents' food pantry and distribution services in Brightmore, MI when he comes home. I can't think of a better example of a reformed individual who has exhibited time served with a very bright future and family to come home to. Please help to turn this one disappointing and commonly tragic situation into a happy ending for our family.

On your mercy, I rest.

David Bradley
3122594222