RECEIVED
in Clerk's Office
MAY 28 2020
U.S. District Court
Middle District of TN

1:12-cr-00010-1

May 17, 2020

Dear Judge Trauger,

I am writing to you on behalf of my dear friend Benjamin E. H. Bradley #50818-039. In early February the world was hit publicly with a pandemic that has taken multiple lives w/o prejudice of age, race, or color. This has been such a trying time for everyone. We are all trying to remain safe, and healthy by following the directives of our elected leaders.

Your Honor, physically my family & friends are seemingly alright, but mentally Judge Trauger we are very afraid. Especially for the sake of our loved ones who cannot practice social distancing or have access to medical care like we do. Judge Trauger we are afraid for Benjamin.

Recently, a video surfaced of the conditions at Milan Federal Correctional Institution, it was heartbreaking to see and say the least. The men there looked ill and very sad. You could tell that most of them had been broken spiritually.

Judge Krauger I along with Benjamin's mother, father, siblings, children, & countless friends could never imagine that's how he had been living for the last five years. Whenever, we talk with Ben he makes everything and every situation seem positive and peaceful. His demeanor is always one of upliftment and virtue. Only to find out that he among countless others are living in Hell.

I know that jail is meant as a punishment, but it is also meant to rehabilitate. Judge Krauger I know that Benjamin is and has learned the error of his ways. He came to you as a boy with childish ways five years ago, but your Honor he has grown and matured as a Man Today. Benjamin wants and feels the urgency to help others not make the same mistakes he made. Starting with his children. He adores those kids. It pains him daily to know that his two eldest children will be entering highschool without his guidance.

Benjamin realizes how important it is to be present in his kids lives now and more than ever before.

Judge Trauger if you could find it in your heart to consider Benjamin to be released on a compassionate release and to serve out the remainder of his sentence on home stay you would not only be saving Benjamins life but also that of his adolescent children. Braelynn his daughter is going to need her father if she ever she feels heartbreak. Benjamin jr. is going to need his father to realize that being Himself is ENOUGH, finally little Braxton is missing out on his fathers teachings. How to throw and catch a baseball, how to shoot a 3-pointer. Even how to mow the lawn. He's missing out on who should be his first hero.

Your Honor I know matter of factly that Benjamin has changed. When he was given the directive that he was being granted early release due to the seriousness of COVID-19, his first thought was; "How can I help?"

He just wants to give back. Judge Franager respectfully if you can find it in your heart to grant him this 2nd chance to make right on his wrongs. Give Ben, the opportunity to & continually grow as a man and show how much this time of reflection has changed him.

Everyday I worry, his mother, and daughter worry. We all worry because the fate of the world is not promised. But, never once, never once have I heard Benjamin complain. There are times when I feel foolish or ungrateful after speaking with him because, his optimism is resounding. He has completely surrendered himself to God. I am in awe of him, because truthfully for me its hard to have faith in what you can't see. He helps me, and all of us, all who he meets to see that if we live upright that only good things will follow. My respect for him grows fervidly with every day that passes. I admire his growth.

Judge Krauger please I ask that you take into consideration Benjamins' character, his level of security at Milan F.C.I, also his number of points. All things considered please grant this man, my friend, another chance at life to correct his mistakes and add value to our community, and our lives.

Benjamin, has a strong support system of family and good natured friends. We all are rooting for him. I know that freeing him would truly be a blessing to us all.

Thank you so very much for taking the time to read and consider my plea. I pray that you and your family as well as your staff are met with the best spirits and of optimal health.

Respectfully & Sincerely,

Joi L. Williams
JOI L. WILLIAMS
6383 Silverbrook W.
W. Bloomfield, Mi 48322
(313) 282-0565

Ei Williams
6383 Silverbrook W.
W. Bloomfield, MI 48322

Judge Aleta A. Trauger
Courtroom 776
801 Broadway
Nashville, TN 37203

RECEIVED
in Clerk's Office
MAY 28 2020
U.S. District Court
Middle District of TN

