Honorable Judge Aleta A. Trauger
801 Broadway Ave.
Nashville, TN 37203

Regards to:
Benjamin Bradley
Inmate Number: 50878-039

Page 1 of 6

RECEIVED
in Clerk's Office
MAY 28 2020
U.S. District Court
Middle District of TN

May 17, 2020

1:12-CR-00010-1

Dear Judge Trauger,

I am writing you on behalf of Benjamin Bradley, case number 3:15-00037-2. My name is Matthew Caputo and I am a long time friend of Benjamin, I consider Benjamin as family. I Respectfully Request a Compassionate Release for Benjamin due to the unimaginable circumstances COVID-19 has caused. I also Respectfully ask that Benjamins sentence is Reduced and is allowed to finish his sentence on home confinement.

Throughout all of my years of knowing Benjamin, I think of Benjamin as a big heart, heart of gold! I've personally witnessed how Benjamin's kids light up when they were with their father and can't imagine the feelings they're going through not seeing their dad. I am extremely proud of Benjamin and all that —

He has accomplished during his sentence, both mentally and physically. Benjamin has shared with me that he would love to work on a business with me that I started, Remastered LLC. I (Matthew Caputo) have an extensive retail career and I'm currently the general manager for our luxury Porsche-Design flagship store at South Coast Plaza in Costa Mesa, California. Benjamin and I first met when I was a district manager for Sneaker Villa and opened up a chain of stores in the Detroit market, I later opened and co-owned a luxury sneaker boutique in Downtown Detroit under Dan Gilbert, NoJo Kicks.

Remastered LLC. will be a retail business that will focus on luxury rare vintage sportswear, as well as—

A customization process for our clients to create unique 1 of 1 pieces. I currently have over $60,000 in inventory, built over 3 years. I would be honored to give Benjamin equity in Remastered LLC., not only for a source of income, but to fulfill passion and a sense of belonging back in society. A big piece of Remastered LLC. will be community engagement and giving back to our communities, even hosting classes to influence our youth for future generations, which Benjamin would be a huge impact. I have built an extensive network over the years with professional athletes, musicians, successful entrepreneurs, and most importantly genuinely good people with amazing ethics and —

Morals. I am extremely confident that Benjamin will have an everlasting impact on society through all of the support he has, most importantly on his kids.

Benjamin's mindset and faith has grown tremendously throughout his sentence. I have flown back to Detroit to visit Benjamin multiple times and leave each time in awe of Benjamin's positive attitude and spirit. I am always so motivated after talking to Benjamin and literally breaks me down to tears to know such a beautiful soul is away from his family and kids. I personally would not take the time to write this letter if it wasn't in my heart to do so, I have no doubts Benjamin —

WILL INSTANTLY MAKE AN IMPACT POSITIVELY ON THOSE AROUND HIM UPON HIS RELEASE.

I WILL NEVER FORGET THE WAY BENJAMIN HAS ALWAYS SUPPORTED ME THROUGH POSITIVITY AND GENUINE LOVE, NEVER ONCE FELT FORCED. I'M SURE THERE ARE PEOPLE IN YOUR LIFE THAT INSTANTLY BRING JOY AND A SMILE TO YOUR FACE WHEN THEY WALK IN THE ROOM, BENJAMIN IS THAT PERSON FOR ME. MY GRANDMOTHER ALWAYS TAUGHT ME, "NEVER JUDGE IN COLOR - ALWAYS JUDGE IN CHARACTER", I INSTANTLY THINK OF BENJAMIN. HE IS READY TO WRITE A NEW STORY IN LIFE.

HONORABLE JUDGE TRAUGER, I SO GRACIOUSLY ASK FOR YOUR CONSIDERATION TO RELEASE BENJAMIN AND START HIS REHABILITATION BACK INTO SOCIETY FROM HOME. I HAVE SEEN VIDEOS SURFACE OF —

The current conditions in Milan Prison and it is heartbreaking. During Benjamin's time served there, he has shown his commitment to lead a positive and healthy lifestyle. He has stayed commited to being involved in his kids lives the best he can, everytime I talk to him, they're his priority. This will be life changing not only for Benjamin, but most importantly his kids.

I'm sure you have a constantly busy schedule and I'm grateful for the opportunity to share my heartfelt words with you in regards to Benjamin. I wish you and your family to stay healthy during these uncertain times.

Sincerely,

Matthew Caputo

USPS Priority Mail envelope

US POSTAGE $7.75
PRIORITY MAIL 2-DAY
EXPECTED DELIVERY DAY: 05/21/

SHIP TO:
801 BROADWAY
NASHVILLE TN 37203-3816

USPS TRACKING® NU
9505 5148 8228 0139

RECEIVED
Clerk's Office
2 8 2020
U.S. District Court
Middle District of TN

Do not Bend

FROM:
MATTHEW CAPUTO
13326 LASSELLE ST. #2102
MORENO VALLEY, CA 92553

TO:
HONORABLE JUDGE ALETA A. TRAUGER
801 BROADWAY AVE
NASHVILLE, TN 37203