

U.S. Department of Justice
Federal Bureau of Prisons
**Federal Correctional Institution**

Office of the Warden

Milan, MI 48160

April 1, 2020

MEMORANDUM FOR FCI MILAN INMATES

FROM:            Jonathan Hemingway, Warden

SUBJECT:         **Stay in Shelter**

As a result of the increase in COVID-19 cases throughout the United States and the state of Michigan, FCI Milan will be implementing a "Stay in Shelter" for 14 days in order to help mitigate the spread of the virus. It should be stressed this is not punitive but rather a nation-wide effort and response to a public health emergency. During this time, you will be given access to medical care, showers, phone and email in small groups at designated times, on a limited basis. Meals and limited commissary will be delivered to the housing units and some inmate workers will be utilized on an as needed basis. Also, inmates with an imminent court deadline should work through their Unit Team for access to the law library. Please note specific guidance on all the above will be forthcoming and available for viewing on TRULINCS.

We ask that you continue to increase your sanitation and hygiene efforts in the housing units and in your cells. You are also encouraged to avoid touching your face, wash your hands frequently with soap and water, and practice social distancing whenever practical.

Please share with your families there is more information about COVID-19, to include the BOP's COVID-19 Action Plan, on the BOP's public website https://www.bop.gov/coronavirus/index.jsp. We are continually monitoring updates locally and nationally and will share with you as the information becomes available. Staff from various departments will be making continual rounds throughout the institution, so please be patient and understanding as we work through this critical and responsible "14 day, Stay in Shelter".



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Institution*
*P.O. Box 9999, East Arkona Road*
*Milan, Michigan 48160*

April 21, 2020

MEMORANDUM FOR FCI MILAN INMATES

FROM: Jonathan Hemingway, Warden

SUBJECT: **Stay In Shelter Phase VI**

As a result in the increase of COVID-19 cases throughout the United States, the BOP is extending a "Stay in Shelter" through May 18, 2020. This is not punitive but rather a nation-wide effort and response to a public health emergency. Effective, Monday, April 13, 2020, the Bureau has extended its movement restrictions to decrease the spread of the virus. This extension – which applies to medical screening, limited inmate gathering, and visitation, will remain in place until May 18, 2020, at which time the action will be reevaluated.

- There are currently 57 inmates that have identified as having COVID-19. The institution modified operations and "Stay in Shelter" is an effort to be proactive.
- All inmates must wear an appropriate face covering when out of cells as social distancing of 6 feet cannot be achieved.
- During this time, you will continue to be given access to medical care, showers, phone and email access in small groups at designated times, on a limited basis. Meals and limited commissary will be delivered to the housing units. Some inmate workers will be needed but it will be on a limited basis.
- We ask that you continue to increase your sanitation and hygiene efforts in the housing unit and in your cells. Staff have increased the sanitation efforts throughout the institution.
- You are encouraged to avoid touching your face, wash your hands frequently with soap and water, in accordance with Centers for Disease and Control and Prevention (CDC) guidance. Practice social distancing whenever practical.
- Please note we are looking at responsible ways to increase out of cell time, and we continue to appreciate the cooperation and flexibility as we do everything we can to assure the safety and security of our staff, inmates, and the general public.



U.S. Department of Justice
Federal Bureau of Prisons
**Federal Correctional Institution**

---

Office of the Warden               Milan, MI 48160

May 15, 2020

MEMORANDUM FOR FCI MILAN INMATES

FROM:            Jonathan Hemingway, Warden

SUBJECT:         **COVID-19 Update**

The purpose of this notification is to inform the inmate population of changes to operations that will take place on Monday, May 18, 2020. In our continued effort to protect the health and safety of staff and inmates during the COVID-19 pandemic, we are closely monitoring the trends in our institution and in the community. We will continue to monitor these trends, adjust our modified operations accordingly, and ensure proper communication to the inmate population.

In an effort to ease restrictions and incrementally increase activity of the inmate population, we will strategically and responsibly start to engage in programming, recreation, and work details. We will also start to ease restrictions in order to increase access to medical care, showers, phone, and email access. With additional time out of your cells, however, I ask that you place an emphasis on social distancing and stay at least six (6) feet away from other individuals and wear your issued masks when out of your cell.

Information will continue to be shared with daily updates on the BOP's public website https://www.bop.gov/coronavirus/index.jsp for your families. We appreciate the cooperation and flexibility as we do the responsible thing in making great strides to curtail the spread of this virus. Please keep a high level of sanitation to ensure we continue the trend in a positive direction to assure the safety and security of our staff, inmates, and the general public.



U.S. Department of Justice
Federal Bureau of Prisons
**Federal Correctional Institution**

Office of the Warden

Milan, MI 48160

May 22, 2020

MEMORANDUM FOR FCI MILAN INMATES

FROM: Jonathan Hemingway, Warden

SUBJECT: **BOP's COVID-19 Action Plan – Phase VII**

The purpose of this notification is to inform the inmate population that as of Monday, May 18, 2020, the Director of the BOP ordered the implementation of Phase VII of its COVID-19 Action Plan. This phase extends all measures from Phase VI, to include measures to contain movement, and the suspension of Social/Legal visits. The Phase VII Action Plan will remain in place through June 30, 2020, at which time the plan will be reevaluated.

The BOP will continue to provide daily updates and information related to COVID-19 at www.bop.gov/coronavirus/index.jsp; additional information about the agency can be found at www.bop.gov.