**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

E. Perez B-1CC
5-8-20

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Bradley, Benjamin  50878-039  B-1  FCI Milan
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A— INMATE REQUEST**

I signed all essential documents to process my Approval on April 19, 2020 after being told on April 17 that I was eligible for Home Confinement based on the seven factors mandated in the Email to entire Inmate population on April 17, 2020. After being told I was approved and to inform my family of my early release subsequently on April 20 2020 I was notified by my case manager Ms. Wilson that I have now been denied because I have not served fifty percent of my time. This Bait and Switch tactic by the Bureau of Prison is reprehensible and disturbing. I was already approved and processed and therefore, any change in the guidline is not be applicable to me. I request the B.O.P./Warden release me to home confinement.

5-8-2020
DATE

B.B.
SIGNATURE OF REQUESTER

**Part B— RESPONSE**

Legal Office
Administrative Remedy
MAY 13 2020
FCI Milan
Milan, Mich.

_____  _____
DATE  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**  CASE NUMBER: 1019191-F1

CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION
SUBJECT: _____

DATE  RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN  BP-229(13)
APRIL 1982

Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

**Attachment B/Part 1**
**FCI/FDC Milan Michigan**
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: Bradley, Benjamin

Registration Number 50878-039  Housing Unit B-1

**ATTEMPT AT INFORMAL RESOLUTION:**

1. Briefly stated the complaint and requested corrective actions.

I was approved for home confinement and signed my release plan then the following week I was told I cannot go home on home confinement. So I immediately wrote the Warden a letter to ask him to grant my Home Confinement since I already was approved and I signed.

2. Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

not able to resolve at my level
informal resolution could not be achieved

Inmate Signature: B.R.
Date: 5-8-20
Inmate Printed Name: Benjamin Bradley

Unit Counselor Signature: _____
Date: 5-8-2020
Unit Counselor Printed Name: E. Perez