```
     MXRBY            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-18-2020
     PAGE 001 OF                                                          13:38:28
           FUNCTION: L-P SCOPE: REG    EQ 50878-039    OUTPUT FORMAT: FULL
     -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
     DT RCV: FROM _____    THRU _____   DT STS: FROM _____   THRU _____
     DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
     DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
     STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
     SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
     EXTENDED: _ REMEDY LEVEL: _ _                 RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
     RCV  OFC : EQ ____     ____     ____     ____     ____     ____
     TRACK:  DEPT: _____ _____ _____ _____ _____ _____
           PERSON: ___      ___      ___      ___      ___      ___
             TYPE: ___      ___      ___      ___      ___      ___
     EVNT FACL: EQ ____     ____     ____     ____     ____     ____
     RCV FACL.: EQ ____     ____     ____     ____     ____     ____
     RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
     RCV QTR..: EQ _____ _____ _____ _____ _____ _____
     ORIG FACL: EQ ____     ____     ____     ____     ____     ____
     ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
     ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




















     G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 50878-039 NAME: BRADLEY, BENJAMIN
RSP OF...: MIL UNT/LOC/DST: B UNIT                 QTR.: B02-013L    RCV OFC: MIL
REMEDY ID: 1019191-F1     SUB1: 19BM SUB2: 26ZM DATE RCV:    05-13-2020
UNT  RCV..:B UNIT        QTR RCV.: B02-013L        FACL RCV: MIL
UNT  ORG..:B UNIT        QTR ORG.: B02-013L        FACL ORG: MIL
EVT FACL.: MIL    ACC LEV:  MIL  1                 RESP DUE:  TUE  06-02-2020
ABSTRACT.: WANTS HOME CONFINEMENT
STATUS DT: 05-13-2020   STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 05-13-2020
REMARKS..: WANTS HOME CONFINEMENT DUE TO PANDEMIC THREAT OF
           COVID-19
```

```
                     1 REMEDY SUBMISSION(S) SELECTED
    G0000        TRANSACTION SUCCESSFULLY COMPLETED
```