No. 3:15-cr-00037-2
IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**UNITED STATES OF AMERICA**,

*Plaintiff*,

v.

**BENJAMIN BRADLEY**,

*Defendant*.

**MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Defendant Benjamin Bradley, through undersigned counsel, respectfully requests that this Court allow him to file under seal his exhibit to his motion to reconsider and for leave to file a reply.

Under Fed. R. Crim P. 49.1(d), this Court may order a filing be made under seal. This Court's Amended Administrative Practices and Procedures for Electronic Case Filing, Administrative Order No. 167-1 (M.D. Tenn. Aug. 21, 2015), require parties to file a motion seeking the Court's leave before electronically filing any documents under seal.

Included in Mr. Bradley's exhibit is extensive, unredacted discussion of his and his family members' current and past medical history. That information is protected, confidential medical information. Mr. Bradley asks he be allowed to file it under seal to preserve his and his family's medical privacy.

Respectfully submitted,

*/s/ Melissa M. Salinas*
MELISSA M. SALINAS (MI-P69388)

University of Michigan Law School
Federal Appellate Litigation Clinic
Jeffries Hall, Room 2058
701 South State Street
Ann Arbor, MI 48109
(734) 764-2724
salinasm@umich.edu
*Counsel for Benjamin Bradley*

Christopher I. Pryby
*Law School Graduate on Motion*

## CERTIFICATE OF SERVICE

I hereby certify that this motion was filed on June 5, 2020, using the Court's ECF system, which will send notice of this filing to all counsel of record indicated on the electronic receipt.

*/s/ Melissa M. Salinas*
MELISSA M. SALINAS (MI-P69388)
University of Michigan Law School
Federal Appellate Litigation Clinic