# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY ) | |
| ) | |

## ORDER

The defendant has filed a Motion for Reconsideration to Modify Sentence and for Leave to File a Reply to Issues Raised in the Government Response (Docket No. 1265), which the court will treat as a reply to the government's Response to the defendant's Motion for Compassionate Release (Docket No. 1262). It is hereby ORDERED that the government shall respond to this motion by June 12, 2020.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge