**Motion (DE #1266) GRANTED.**

No. 3:15-cr-00037-2
IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**UNITED STATES OF AMERICA**,

*Plaintiff*,

v.

**BENJAMIN BRADLEY**,

*Defendant*.

**MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Defendant Benjamin Bradley, through undersigned counsel, respectfully requests that this Court allow him to file under seal his exhibit to his motion to reconsider and for leave to file a reply.

Under Fed. R. Crim P. 49.1(d), this Court may order a filing be made under seal. This Court's Amended Administrative Practices and Procedures for Electronic Case Filing, Administrative Order No. 167-1 (M.D. Tenn. Aug. 21, 2015), require parties to file a motion seeking the Court's leave before electronically filing any documents under seal.

Included in Mr. Bradley's exhibit is extensive, unredacted discussion of his and his family members' current and past medical history. That information is protected, confidential medical information. Mr. Bradley asks he be allowed to file it under seal to preserve his and his family's medical privacy.

Respectfully submitted,

*/s/ Melissa M. Salinas*
MELISSA M. SALINAS (MI-P69388)