# EXHIBIT A

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | BRADLEY, BENJAMIN EDWARD H | | | Reg #: | 50878-039 |
|---|---|---|---|---|---|
| Date of Birth: | ███/1983 | Sex: M | Race: BLACK | Facility: | MIL |
| Note Date: | 06/05/2020 10:20 | Provider: | Fateh Hyder, Syed | Unit: | B02 |

CCC Enroll - CCC Enroll encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Fateh Hyder, Syed Regional Medical Director/NCRO
        Added to Hypertension CCC.

**Added to clinic(s):** Hypertension

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Fateh Hyder, Syed Regional Medical Director/NCRO on 06/05/2020 10:21
Requested to be reviewed by Udegbunam, Ukamaka M NP-C.
Review documentation will be displayed on the following page.

Generated 06/05/2020 10:21 by Fateh Hyder, Syed     Bureau of Prisons - MIL     Page 1 of 1

Case 3:15-cr-00037   Document 1270-1   Filed 06/08/20   Page 2 of 5 PageID #: 5888

| Inmate Name: | BRADLEY, BENJAMIN EDWARD H | | | Reg #: | 50878-039 |
|---|---|---|---|---|---|
| Date of Birth: | ▓▓/1983 | Sex: M | Race: BLACK | Facility: | MIL |
| Encounter Date: | 06/05/2020 08:15 | Provider: Udegbunam, Ukamaka M | | Unit: | B02 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Udegbunam, Ukamaka M NP-C

   **Chief Complaint:** Other Problem

   Subjective: Patient presents to health services for an evaluation of HTN, diagnosed 2015. Patient reports that he has been diagnosed with HTN however currently taking no medication. Patient reports that he does not like taking medication because it causes more problems. He reports that he controls BP with diet. He reports " on and off " headaches. He denies fever, chills, cough, N//V/D, chest pain, shortness of breath. Denies any other complaints at this time.

   Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

   Pain: Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/05/2020 | 08:19 MIL | 98.1 | 36.7 | Oral | Udegbunam, Ukamaka M NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/05/2020 | 08:19 MIL | 87 | | | Udegbunam, Ukamaka M NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/05/2020 | 08:19 MIL | 16 | Udegbunam, Ukamaka M NP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/05/2020 | 08:25 MIL | 184/106 | Left Arm | Sitting | Adult-large | Udegbunam, Ukamaka M NP-C |
| 06/05/2020 | 08:19 MIL | 178/100 | Right Arm | Sitting | Adult-large | Udegbunam, Ukamaka M NP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/05/2020 | 08:19 MIL | 100 | Room Air | Udegbunam, Ukamaka M NP-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 06/05/2020 | 08:19 MIL | 71.0 | 180.3 | Udegbunam, Ukamaka M NP-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/05/2020 | 08:19 MIL | 295.0 | 133.8 | | Udegbunam, Ukamaka M NP-C |

**Exam:**

   **General**

      Affect

**Exam:**

    Yes: Pleasant, Cooperative

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

**Neck**

  **General**

    Yes: Within Normal Limits

  **Vascular**

    No: Carotid Bruits

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

  **Auscultation**

    Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits

  **Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    No: M/R/G

**Peripheral Vascular**

  **Legs**

    No: Pitting Edema, Non-pitting edema

**Abdomen**

  **Inspection**

    Yes: Within Normal Limits

  **Auscultation**

    Yes: Normo-Active Bowel Sounds

  **Palpation**

    Yes: Within Normal Limits

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Obesity, E669 - Current - *BMI 41.1*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | amLODIPine Tablet | | 06/05/2020 08:15 |
| | **Prescriber Order:** | 5 mg  Orally  -   daily x 90 day(s) -- Take 5 mg by mouth daily to control blood pressure | |
| | **Indication:** | Essential (primary) hypertension | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Hypertension-CBC w/diff | One Time | 06/26/2020 00:00 | Routine |

Chronic Care Clinics-Hypertension-Lipid Profile
Lab Tests - Short List-General-Hemoglobin A1C
Chronic Care Clinics-Hypertension-
Comprehensive Metabolic Profile (CMP)
Chronic Care Clinics-Hypertension-Urinalysis
w/Reflex to Microscopic

**Labs requested to be reviewed by:** Fateh Hyder, Syed Regional Medical Director/NCRO

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 06/19/2020 | Routine |

**Specific reason(s) for request (Complaints and findings):**

HTN screening

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | Please perform within the next 30 days HTN screening | Udegbunam, Ukamaka M NP-C |

**Order Date:** 06/05/2020

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

HTN: will start amlodipine 5 mg., will gradually increase in CCC visit. Labs, EKG and X- ray ordered. Will f/u with CCC visit. Side effects of medication addressed with the patient. Recommended weight loss, exercise and low salt diet.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/05/2020 | Counseling | Diagnosis | Udegbunam, Ukamaka | Verbalizes Understanding |
| 06/05/2020 | Counseling | Exercise | Udegbunam, Ukamaka | Verbalizes Understanding |
| 06/05/2020 | Counseling | Risk vs. benefit of treatment | Udegbunam, Ukamaka | Verbalizes Understanding |
| 06/05/2020 | Counseling | Weight Loss | Udegbunam, Ukamaka | Verbalizes Understanding |
| 06/05/2020 | Counseling | Diet | Udegbunam, Ukamaka | Verbalizes Understanding |
| 06/05/2020 | Counseling | Plan of Care | Udegbunam, Ukamaka | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka M NP-C on 06/05/2020 09:04