# EXHIBIT A

# Lesley Rice

| | |
|---|---|
| **From:** | BRADLEY BENJAMIN EDWARD H (50878039) |
| **Sent Date:** | Tuesday, June 9, 2020 4:06 PM |
| **To:** | law-falclinic@umich.edu |
| **Subject:** | Hello. |

Hello Chris and Melissa,
this is Ben. Thanks for the email address. and i promise not to bug yall lol. just sending u an email to let u know that you are corrilink approved. i pray all is well. thank u for everything. i sent u a letter last week hopefully u get it soon. its still bad in here. 5 new confirmed cases today from people who demanded to be tested.still people with symptoms still no testing. even after a inmate has tested positive and been quarantined they dont even test him before they released back to into population. my health really feel like its deteriorating in here with no outside privileges ,no soap and we couldnt gop to commissary this week.smn then having to stay in this tight area with 60 other inmates with no ventilation or forced air ,bag lunches with processed meat and bread ,cookies and chips too often. let me know if its anything u need me to do or need from me.