# EXHIBIT A

Dear Judge Treager, my name is B[redacted] Bradley. I am 12 years old. I'm writing you because I belive you should let my dad out of prison during this pandemic. I believe you should let my dad out because I know he is a changed man, and everyone deserves a second chance at life. My dad has spent five years regretting everything he has done in the past to end up where he is now. My dad showed me and my siblings that he wants to be a better person and better dad, when he leaves prison. I would like for my dad to see me, and my brothers graduate, instead of looking at pictures behind bars.

I believe my dad is not a threat to society, and all he wants to do is get home so he can take care of me and my two brothers. I love my dad and all I want this year is for him to be home with our family. Thank you.

B█████████     Bradley