# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN BRADLEY ) | |

## ORDER

On June 5, 2020, the court denied this defendant's Motion for Compassionate Release. (Docket No. 1264). On that same date, following entry of the court's Order, the defendant filed a Motion for Reconsideration (Docket No. 1265), which has now been fully briefed by both parties. The Motion is DENIED, and the court declines to reverse its previous ruling.

Mr. Bradley is 37 years old and has borderline severe obesity and hypertension that does not rise to the level of pulmonary hypertension or a serious heart condition. His hypertension is being controlled by medication, his weight remains approximately what it has been for several years, and he has been recommended to modify his diet and exercise to reduce his obesity.

On February 1, 2017, this court imposed a 17-year sentence on this defendant after his plea to participating in a multi-year opioid and money laundering conspiracy while holding the position of a CAT Scan Technician at a hospital in the Detroit area. Although he was in Criminal History Category I, his Offense Level was 43 and his Guideline Range was 480 months. The court granted a significant variance for a variety of reasons outlined at the sentencing hearing. The defendant has served approximately one-third of the sentence imposed and has a projected release date of September 2, 2029.

Neither the defendant's age nor medical conditions warrant his compassionate release. Moreover, given his role in this conspiracy, his manipulation of family members to further goals of the conspiracy, and this court's lenient sentencing of this defendant, a reduction of his sentence to time served, even with a lengthy period of home detention, would not meet the factors set out in an 18 U.S.C. § 3553(a). No extraordinary or compelling reasons justify a reduction in sentence in this case. 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE