# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.   3:15-cr-00037-2 |
| ) | Judge Trauger |
| BENJAMIN BRADLEY  ) | |
| ) | |

## ORDER

It is hereby ORDERED that the government shall respond to the defendant's Motion to Reconsider Denial of Second Motion for Compassionate Release Under § 3582 (Doc. No. 1333) by May 19, 2021.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE