# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.: 3:15-CR-00037-2 |
| | ) | JUDGE TRAUGER |
| **BENJAMIN BRADLEY** | ) | |
| **Defendant.** | ) | |

## MOTION OF THE UNITED STATES
## TO LIFT STAY OF FORFEITURE PROCEEDINGS

COMES NOW the United States of America, by and through Acting United States Attorney for the Middle District of Tennessee Mary Jane Stewart and Assistant United States Attorney Debra T. Phillips and moves to lift the stay of forfeiture proceedings entered by this Court at Docket Entry 1214. In support thereof, the United States Supreme Court has denied certiorari at Docket Entry 1349, and the reason for the stay is now moot.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: s/Debra T. Phillips
DEBRA T. PHILLIPS
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: deb.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of October 2021, a copy of the foregoing Motion to Lift Stay of Forfeiture Proceedings was filed electronically. Notice of this filing will be sent to Luke A. Evans via email to lukeevans@bfhelaw.com; Melissa M. Salinas via email to salinasm@umich.edu; David B. Smith via email to dbs@davidbsmithpllc.com; and Emerson Buris via email to emerson.bursis@kirkland.com by operation of the Court's electronic filing system.

                                                  s/Debra T. Phillips
                                                  DEBRA T. PHILLIPS
                                                  Assistant United States Attorney