*Motion GRANTED.*

*[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No.: 3:15-CR-00037-2 |
| ) | JUDGE TRAUGER |
| BENJAMIN BRADLEY ) | |
| Defendant. ) | |

## MOTION OF THE UNITED STATES
## TO LIFT STAY OF FORFEITURE PROCEEDINGS

COMES NOW the United States of America, by and through Acting United States Attorney for the Middle District of Tennessee Mary Jane Stewart and Assistant United States Attorney Debra T. Phillips and moves to lift the stay of forfeiture proceedings entered by this Court at Docket Entry 1214. In support thereof, the United States Supreme Court has denied certiorari at Docket Entry 1349, and the reason for the stay is now moot.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney
Middle District of Tennessee

By: s/Debra T. Phillips
DEBRA T. PHILLIPS
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: deb.phillips@usdoj.gov