IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
in Clerk's Office
OCT 25 2021
U.S. District Court
Middle District of TN

United States of America,

    Plaintiff,

v.

    Case No. 3:15-CR-00037-2
    Judge Trauger

Benjamin Bradley,

    Defendant.
_____/

## DEFENDANT'S MOTION TO CONTINUE STAY OF FORFEITURE PROCEEDINGS

COMES NOW Benjamin Bradley, pro se Defendant, and moves this Court to CONTINUE the stay on the Forfeiture Proceedings in this case by way of this response to the Motion of the United States To Lift Stay of Forfeiture Proceedings (Doc 1356).

This Court entered a stay of forfeiture proceedings (Doc 1214) pending Mr. Bradley's appeal and petition for certiorari before the Supreme Court of the United States.

While that proceeding has reached a resolution (cert. denied; Doc 1349), Mr. Bradley is in the process of perfecting a motion under § 2255 that includes claims challenging forfeiture. Therefore, Mr. Bradley respectfully asks that this Honorable Court CONTINUE the stay of forfeiture proceedings and DENY the government's motion to lift the stay. Continuing the stay is in the interest of justice and in no way prejudices the government.

Respectfully Submitted,

_B. B._
Benjamin Bradley

# CERTIFICATE OF SERVICE

I, Benjamin Bradley, declare under penalty of perjury that I placed a true and correct copy of this document into the Institutional Mail system, pre-paid USPS First Class, on October 19, 2021, addressed to the following recipients:

Clerk of the Court
U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN. 37203

Office of the U.S. Attorney
110 Ninth Avenue, South
Suite A-961
Nashville, TN 37203

Benjamin Bradley
pro se

Reg. No. 50878-039
FCI Milan
P.O. Box 1000
Milan, MI. 48160

Benjamin Bradley
50878-039
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

20 OCT 2021 PM 7 L

Clerk, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN. 37203

RECEIVED
in Clerk's Office
OCT 25 2021
U.S. District Court
Middle District of TN

37203-386900