IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00037-2 |
| | ) | Judge Trauger |
| BENJAMIN BRADLEY | ) | |
| | ) | |

## ORDER

The defendant has filed *pro se* a "Motion to Continue Stay of Forfeiture Proceedings" (Doc. No. 1358), to which the government has responded in opposition (Doc. No. 1359). This court lifted the stay on October 15, 2021, after the United Supreme Court denied the defendant's petition for certiorari. (Doc. No. 1357).

The defendant's motion is DENIED, without prejudice to his renewing it, should he file a § 2255 motion that addresses the forfeiture and meets the standards for the issuance of a stay.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE