

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

RECEIVED
Clerk's Office

DEC 28 2021

U.S. District Court
Middle District of TN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| BENJAMIN EDWARD HENRY BRADLEY, | |
| | |
| Defendant. | |

Case No. 3:15 -CR-00037
Judge Trauger

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was
served upon all parties to the above cause to each of the attorneys
of record herein at their respective addresses disclosed on the
pleadings on ___12 - 2 21___ 2021
By: ☒ U.S. Mail          ☐ FAX
    ☐ Hand Delivered      ☐ Overnight Courier
    ☐ Certified Mail      ☐ Other
Signature ___Ray Hawkins___

## PETITION FOR HEARING

## TO AJUDICATE INTEREST IN

## 16617 LESURE, DETROIT, MICHIGAN 48235

1. Now comes the Petitioner, Rayshun Hawkins of 16617 Lesure, Detroit, Michigan 48235 and hereby states under penalty of perjury that he purchased the above captioned home in March, 2016 for five thousand dollars ($5,000.00).

2. Following the purchase of the home Mr. Hawkins paid the back taxes of the home which were owed to the City of Detroit, County of Wayne, State of Michigan in excess of five thousand dollars. ($5,000.)

3. As a construction person Mr Hawkins gutted the walls, cleaned out the entire home, replaced the electrical work and placed a new roof along with replacement of all existing plumbing. The home was dry walled and insulated. New cabinets in the kitchen, new sink in the kitchen, built a eating section in the kitchen.

4. The entire home was primed and painted. The garage was tore down and taken away. The sewer pipe was replaced in the back yard to the main drain. A new bathroom with tub was built in the basement. New tub and shower assembly was built. All the wood was replaced and refinished in the basement. Pipes in the ground were replaced with new pipes. The basement floor has been replaced. New windows were installed in the home. All doors in the home have been replaced.

5. The estimated value of the construction work performed on the home by Mr. Rayshun Hawkins at the address of 16617 Lesure, Detroit, Michigan 48235 including materials is sixty thousand dollars ($60,000).

6. The construction work and replacement of the home was done during a five year period from 2016 until 2021. The taxes have been paid every year by Mr. Hawkins until 2021 up until the present time.

7. Mr. Hawkins is filing this request for hearing in pro per. He is not represented by an attorney.

8. Notice is being sent to the Clerk of the Court, United states District Court, 801 Broadway, Suite 800

Nashville, TN 37203.

9. The real property involved is 16617 Lesure, Detroit, MI 48235

described as lot 52, Boyle's College Grove addition subdivision, as arecorded in Liber 54, Page

89 of Plats, Wayne County Records.

Tax Parcel I. D. # 22033127

Respectfully Submitted,

**Rayshun Hawkins In Pro Per**
**Claimant**
**16617 Lesure Street**
**Detroit, MI 48235**
**(313) 492-0657**

**December 15, 2021**

16617 Lesure
Detroit, MI 48235

RECEIVED
DEC 28 2021
U.S. District Court
Middle District of TN

METROPLEX MI 480
21 DEC 2021 PM 14 L

FOREVER / USA

Clerk of the Court
United States District
801 Broadway, Suite
Nashville, TN 37203

37203-381699