IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00037-2 |
| | ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY | ) | |
| | ) | |

## ORDER

It is hereby ORDERED that the government shall respond to the Petition for Hearing to Ajudicate Interest in 16617 Lesure, Detroit, Michigan 48235 filed by Rayshun Hawkins (Doc. No. 1369) by January 12, 2022.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge