IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN EDWARD HENRY BRADLEY, ) <br> ) <br> Defendant. ) <br> ) <br> RAYSHUN HAWKINS, Petitioner ) | Case No. 3:15-CR-00037-2 <br> Judge Trauger |

JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT
AND MUTUAL RELEASE AS TO
<u>16617 LESURE STREET, DETROIT, MICHIGAN 48235</u>

COMES NOW the United States of America, by and through United States Attorney for the Middle District of Tennessee Mark H. Wildasin, Assistant United States Attorney Debra Teufel Phillips, and Petitioner Rayshun Hawkins hereby request this Court approve the Settlement Agreement and Mutual Release attached hereto as to real property at 16617 Lesure Street, Detroit, Michigan 48235 as all matters between these parties have been settled and compromised, and upon approval, dismiss the within action without prejudice.

A proposed Order is attached hereto for the Court's convenience.

The undersigned, as an officer of the court, states that Petitioner Rayshun Hawkins has approved the filing of this Motion and proposed Order.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

Page 1 of 2