IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-CR-00037-2 |
| ) | Judge Trauger |
| BENJAMIN EDWARD HENRY BRADLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| RAYSHUN HAWKINS, Petitioner ) | |

ORDER APPROVING SETTLEMENT AGREEMENT
AND MUTUAL RELEASE AS TO
16617 LESURE STREET, DETROIT, MICHIGAN 48235

Upon review of the Joint Motion to Approve Settlement Agreement and Mutual Release as to 16617 Lesure Street, Detroit, Michigan 48235 ("Subject Property") and it appearing that all matters between the United States and Petitioner Rayshun Hawkins have been settled and compromised, and the Court being fully advised in the premises.

IT IS ORDERED that the attached Settlement Agreement and Mutual Release ("Settlement Agreement") and the terms therein are hereby approved including, but not limited to:

a. Petitioner will pay $10,000 in the form of two cashier's checks to the United States Department of Treasury by May 12, 2022;

b. The cashier's checks will be substituted for 16617 Lesure Street, Detroit MI 48235;

c. The United States' interest in 16617 Lesure Street, Detroit MI 48235, is relinquished and abandoned upon payment of the cashier's checks;

d. The cashier's checks will be made payable to the United States Department of Treasury shall be mailed to:

> IRS-Criminal Investigation
> ATTN: Dennis Holenstein
> 801 Broadway, Rm 364 MDP 7A
> Nashville, TN 37203

e. The cashier's checks will be forfeited to the United States and deposited in the appropriate asset forfeiture fund for further lawful distribution.

f. The Court retains jurisdiction for enforcement, if necessary.

**SO ORDERED.**

ALETA A. TRAUGER
United States District Judge